# EXHIBIT 4

TO DEFENDANT JOHN LOPEZ, M.D.'S MOTION
FOR SUMMARY JUDGMENT PURSUANT TO
FED.R. CIV. P. 56

**SKIN**
- ✓ intact
- ✓ warm, dry
- ___ see diagram
- ___ ecchymosis / laceration
- ___ crepitus / diaphoresis
- ___ decubitus

**BACK**
- ✓ no CVA tenderness
- ✓ no vertebral tenderness
- ___ see diagram
- ___ vertebral point / CVA tenderness
- ___ muscle spasm / limited ROM

**EXTREMITIES**
- ✓ atraumatic
- ✓ pelvis stable
- ✓ hips non-tender
- ✓ no pedal edema
- ✓ nml ROM
- ✓ nml color / temp
- ✓ see diagram
- ___ bony point-tenderness
- ___ painful / unable to bear weight
- ___ pulse deficit

**Joint Exam:**
- ___ limited ROM / ligaments laxity
- ___ joint effusion

T=Tenderness  PtT=Point Tenderness  S=Swelling  Er=Ecchymosis  B=Burn
C=Contusion  L=Laceration  A=Abrasion  M=Muscle spasm  PW=Puncture Wound
(∅ = without  m=mild  mod=moderate  sv=severe)

**PROCEDURES**

Wound Description / Repair:    Time: _____
length ___ cm   location ___
linear  stellate  irregular  flap   into: subcut / muscle
clean  contaminated  moderately / heavily
distal NVT: neuro/vasc intact    no tendon injury
anesthesia: local  topical ___  lidocaine / bupivacaine  epi / bicarb
    digital block ___
prep: Shur-Clens / Betadine ___
Irrigated with saline             debrided  mod. /extensive
wound explored                    wound margins revised
    to base / in bloodless field  multiple flaps aligned
no foreign body identified
foreign material removed
repair:  Wound closed with:  wound adhesive / steri-strips ___
    SKIN-    # ___  ___ -0  nylon / prolene / staples ___
    SUBCUT-  # ___  ___ -0  vicryl / chromic ___
    OTHER-   # ___  ___ -0 ___

**LABS**

| CBC | Chemistries | UA | ETOH ___ |
|---|---|---|---|
| normal except | normal except | normal except | TOX ___ |
| WBC ___ | Na ___ | LE ___ | |
| Hgb ___ | K ___ | Nit ___ | HCG |
| Hct ___ | Cl ___ | cc (clean catch) | serum / urine |
| Platelets ___ | CO2 ___ | Cath specimen | POS  NEG |
| | Gluc ___ | Cx sent ___ | |
| | BUN ___ | | PT/PTT ___ |
| | Creat ___ | | INR ___ |

Fall - 19

**EKG & XRAYS**

RHYTHM STRIP __ NSR __ Rate ___

EKG __ NML __ see separate report
☐ Interp. by me  ☐ Reviewed by me  Rate ___
__ NSR  __ nml intervals  __ nml axis  __ nml QRS  __ nml ST/T

XRAYS  ☐ Interp. by me  ☐ Reviewed by me  ☐ Read by radiologist
C-spine  T-spine  LS-spine  pelvis
__ nml / NAD  __ no fracture  __ nml alignment  __ soft tissues nml

CXR
__ nml / NAD  __ no pneumothorax  __ nml heart size  __ nml mediastinum

CT Scan                         ✓ Read by radiologist
  head  C-spine  chest  abdomen / pelvis  15:27
__ nml / NAD                    Dr Chapman
SAH @ convexities R>L

Ultrasound / FAST Exam
__ nml / NAD

Other ___

**PROGRESS**

Time ___  unchanged  improved  re-examined
15:15 - CT reveal @ ICH
15:17 - D/w Dr Schultz
  - Attempted to contact Dr Wilkes/Weiss not avail
15:20 - Pt stable resting comfortably - own
  - 142/89  75  20  100%
15:46 - Pt comfortable  A0x3
  166/91  80  12  100%
  CT pushed to SL many will D/w neurosx
6:00 - BUE - 2x / called Dr Lopez x2

__ Aftercare instructions on ___ given
__ Follow up with ___ in ___ days
__ Pt. personally evaluated by MD with face to face contact ___
__ Discussed with Dr. ___ at ___ arrived ___ (time)
__ Signed out to Dr ___ at ___ (time)
✓ Counseled patient / family regarding  __ Additional history from:
(lab / rad. results / diagnosis / need for follow-up)  family caretaker paramedics
__ possibility of occult disease discussed  __ Rx given
__ immediate evaluation indicated
CRIT CARE TIME (excluding separately billable procedures) ___ min

**CLINICAL IMPRESSION**  s/p fall

Abrasion ___
Concussion (with LOC)  w/o LOC
Contusion ___
Laceration ___
Fracture ___
Sprain / Strain  cervical  thoracic  lumbosacral
Syncope ___
Intracranial Hemorrhage - @ SAH R>L
Scalp Hematoma
Facial Abrasion

DISPOSITION - ✓ home  ☐ transferred ___
             ☐ admitted
CONDITION - ☐ unchanged  ☐ improved  ✓ stable
Care transferred to Dr ___  Time: ___

___ (signature)  NP/PA
___ (signature)  MD/DO
☐ Template Complete  ☐ See Addendum (Dictated / Template # ___)

Tamara Kellner

ASPEN VALLEY HOSPITAL, ASPEN, COLORADO
DISCHARGE SUMMARY

KELLNER, TAMAR
ACCOUNT: H006551311
ADMIT DATE: 03/20/09
DISCHARGE DATE : 03/21/09
AGE: 61
M000602154
PROVIDER: JOHN F SCHULTZ

The patient was admitted to the intensive care unit earlier this evening. She had some deterioration in her mental status overnight with some increased confusion and somnolence. She had a couple episodes of emesis earlier in the evening. She became increasingly somnolent over a relatively short period of time and was becoming less responsive to the point of responding only to painful stimulation in a short period of time.

She was taken urgently to x-ray for a followup head CT. This demonstrated an increase in the subarachnoid hemorrhage as well as development of a subdural hemorrage with effacement of the right lateral ventricle and midline shift. She was taken back to the intensive care unit. She was essentially nonresponsive, only grimacing and posturing to painful stimuli. Her pupils were dilated on both sides, and the right was slightly larger.

With the assistance of anesthesiologist, Dr. Beck, she was uneventfully intubated with a 7.5 ET tube. She was premedicated with lidocaine and propofol. There was good end-tidal $CO_2$ return and 100% oxygen saturation with intubation. After intubation, she was endotracheally suctioned. She was then put on the ventilator and hyperventilated. She was medicated with vecuronium and Versed. ABG was performed, which demonstrated a $CO_2$ of 37. Her minute ventilation was increased by increasing her tidal volume. She was given 25 g of mannitol.

A right subclavian vein triple-lumen catheter placement was attempted. However, after multiple attempts to cannulate the vein and possibility of impeding timely transport, further attempts were abandoned. Post procedure chest x-ray did not demonstrate any pneumothorax. She had a Foley catheter and NG tube placed. Patient was noted to be incontinent of stool and urine. She was sedated further then transported via helicopter to St. Mary's Hospital for further care.

JOHN SCHULTZ, M.D.
D:03/21/2009 05:03:08   T:03/21/2009 13:44:10
Job#:323720/MEDQ

JOHN F SCHULTZ                    ELECTRONICALLY SIGNED    03/31/09   1819

DISCHARGE SUMMARY

0322-0001
Copy for: Department

AVH   00011

Department's copy                                          Page 1 of 2

```
DISCHARGE SUMMARY
KELLNER,TAMAR
H006551311
ADMIT DATE: 03/20/09
AGE: 61
M000602154
PROVIDER: SCHULTZ,JOHN F
```

DISCHARGE SUMMARY

0322-0001
Copy for: Department

AVH  00012

Department's copy                                               Page 2 of

**DIAGNOSTIC IMAGING REPORT**

Account No. H006551311  Medical Record # M000602154
Patient: **Kellner, Tamar**
Sex: F  DOB: Oct. 8, 1947  Age: 61
Status: 1. ER-S  Diag. Imaging # 104108
Referring Physician: Catherine Bernard MD

**310066 CT - HEAD W/O CONTRAST(70450) - March 20, 2009**

Facility: Aspen Valley Hospital

CT OF THE HEAD WITHOUT CONTRAST, 3/20/09, 3:05 P.M.:

HISTORY: Trauma with pain.

COMPARISON: There is no prior study for comparison.

FINDINGS: There is patchy subarachnoid hemorrhage over the right convexity and a small amount over the posterior left frontal lobe at the vertex. There is no midline shift or hydrocephalus. No parenchymal contusion is evident.

Paranasal sinuses and mastoid air cells are clear. No fracture is identified.

**IMPRESSION:**

Bilateral convexity subarachnoid hemorrhage, right greater than left, likely post-traumatic. These findings were directly communicated to the Emergency Department physician immediately following the examination.

dd: March 20, 2009

---

Reported and digitally signed by: VERNON CHAPMAN

Transcribed date/time: March 20, 2009, 5:04 p.m.
Transcriptionist: Connie Taddune
Technologist: Barbara Miller

AVH 00029

Medical Record

DIAGNOSTIC IMAGING REPORT

Account No. H006551311          Medical Record # M000602154
Patient: Kellner, Tamar
Sex: F                          DOB: Oct. 8, 1947              Age: 61
Status: 2. ICU-U                Diag. Imaging # 104108
Referring Physician: John Schultz

**310090 CT - HEAD W/O CONTRAST(70450) - March 21, 2009**

Facility: Aspen Valley Hospital

CT OF THE BRAIN, 3/21/09, 01:40:

CLINICAL INDICATION: Follow-up subarachnoid hemorrhage.

TECHNIQUE: 3 mm and 5 mm axial sections. No contrast.

FINDINGS: Since the examination on 3/20/09 at 15:05, there has been significant worsening of the subarachnoid hemorrhage. Marked midline shift is noted with at least 1.2 cm right to left midline shift. There is almost complete effacement of the right lateral ventricle with only a small portion of the anterior horn of the right lateral ventricle preserved. The fourth ventricle and ambient cisterns remain patent. Significant increase in subarachnoid and subdural hemorrhage has developed with hemorrhage at the level of the septum pellucidum measuring up to 1.3 cm. Numerous small petechial hemorrhages are seen in the convexity.

<u>IMPRESSION:</u> Significant worsening of subarachnoid and subdural hemorrhage. Significant midline shift from right to left with marked displacement of the septum pellucidum. Almost complete effacement of the right lateral ventricle. Ambient cisterns and fourth ventricle, however, do remain patent. This information will be conveyed to the attending physician.

dd: March 21, 2009

--------------------------------------------------------------
Reported and digitally signed by: Kevin Lampert MD

Transcribed date/time: March 21, 2009, 7:58 a.m.
Transcriptionist: SUZANNE WAYNER
Technologist: Remington Way

AVH   00030

Medical Record

06/22/2010 Tue 14:16     Marisela Ramirez   9705441587     ID: #79778 Page 5 of 33

```
NEUROVASCULAR CHECK              PUPIL CHART
1 - PINK    2 - PALE    3 - CYANOTIC   1 ● 6
STRONG      WEAK        UNABLE
NORMAL      DECREASED   NUMB          2 ●
                                       7
H006551311 ICU          ICU-1
▓▓▓▓▓▓▓▓▓▓▓▓▓▓                         8
KELLNER, TAMAR          61 F
M000602154 SCHULTZ, JOHN F
DOB:10/08/1947 03/20/09 1802
```

GLASGOW COMA SCALE

| TEST | RESPONSE | SCORE | TEST | RESPONSE | SCORE |
|---|---|---|---|---|---|
| BEST EYE OPENING(E) | OPENS SPONTANEOUSLY | 4 | BEST MOTOR RESPONSE (M) | OBEYS VERBAL COMMAND | 6 |
|  | OPENS TO VERBAL COMMAND | 3 |  | LOCALIZES TO PAINFUL STIMULUS | 5 |
|  | OPENS TO PAIN | 2 |  | WITHDRAWAL FROM PAINFUL STIMULUS | 4 |
|  | NO RESPONSE | 1 |  | DECORTICATE RIGIDITY (ABNORMAL FLEXION) TO PAINFUL STIMULUS | 3 |
| BEST VERBAL RESPONSE (V) | ORIENTED & CONVERSES | 5 |  | DECEREBRATE RIGIDITY (EXTENSION TO PAINFUL STIMULUS | 2 |
|  | DISORIENTED & CONVERSES | 4 |  | NO RESPONSE | 1 |
|  | INAPPROPRIATE WORDS | 3 |  |  |  |
|  | INCOMPREH. SOUNDS | 2 |  |  |  |
|  | NO RESPONSE | 1 |  |  |  |

DATE: 3/21/09

## VITAL SIGN / FLOWSHEET

| TIME | | BP | TEMP | PULSE | RESP | O2 SAT | | PAIN | GCS | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | | 130/88 | 97.2 | 88 | 20 | 98 | 2L | | 14 | | | labs. |
| 0100 | | 142/87 | | 72 | 24 | 98 | 2L | 0 | 9 | | | |
| 0130 | | 155/80 | | 82 | 19 | 99 | 2L | 0 | 9 | | | Stat CT head |
| 0145 | | 148/96 | | 79 | 19 | 100% | 2L | | 9 | | | Returned. Dr. Schultz Notified. |
| 0225 | | 151/88 | | 72 | 18 | 100% | 100 | | Paralyzed + Sedated | | | Intubated, CXR |
| 0300 | | 140/88 | | | 18 | 100% | 100 | | | | | KSR 0254 #1 PPP 9892 ↑ |
| 0345 | | | | | | Transfer to St. Mary's | | | | | | |

AVH    00044

06/22/2010 Tue 12:48     Marisela Ramirez   9705441587     ID: #79747 Page 29 of 46

## ASPEN VALLEY HOSPITAL
### PATIENT REGISTRATION RECORD

H #    [barcode]    M # [barcode]

**PATIENT INFO**

| ADMISSION DATE/TIME | ATTENDING PHYSICIAN | ARRIVED BY | LOC/SERVICE | ACCOUNT NO. |
|---|---|---|---|---|
| 03/20/09 1439 | BERNARD, CATHERINE | MED8 | ER | H006551311 |

| PATIENT NAME AND ADDRESS | RACE | SEX | MAR. STAT. | AGE | MEDICAL RECORD NO. |
|---|---|---|---|---|---|
| KELLNER, TAMAR<br>3301 BRIDLE RIDGE LANE<br>STEVENSON MD 21153 | W | F | M | 61 | M000602154 |

(10.)

DATE OF BIRTH: 10/08/1947   PRIORITY:   TYPE: REG ER   F/C: SP

REASON FOR VISIT: FALL/CHI

PHONE: 410-484-1551   SOCIAL SECURITY NUMBER:   LANG.: E

ACCIDENT / OCCURRENCE INFORMATION: ACCIDENT-OTHER

**LOCAL INFO**

LOCAL ADDRESS: SILVERTREE HOTEL #542 SMV

PATIENT'S EMPLOYER NAME: NONE

PHONE: 443-858-7771

**RELATIVE**

PERSON TO NOTIFY AND ADDRESS: KELLNER, MYRON   3301 BRIDLE RIDGE LANE   STEVENSON MD 21153

NEXT OF KIN NAME AND ADDRESS: KELLNER, MYRON   3301 BRIDLE RIDGE LANE   STEVENSON MD 21153

RELATIONSHIP: H   PHONE: 410-484-1551   WORK PHONE:

RELATIONSHIP: H   PHONE: 410-484-1551   WORK PHONE:

**INS #1**   POLICY NUMBER:   SUBSCRIBER INSURED NAME:
INSURANCE NAME: SELF PAY
RELATIONSHIP: SELF

**INS #2**   POLICY NUMBER:   SUBSCRIBER INSURED NAME:
INSURANCE NAME:
RELATIONSHIP:

**XRAYS:**
- ☒ CT Head w/wo (circled)
- ☐ ABD
- ☐ CXR
- ☐ Ankle R/L
- ☐ CT Chest w/wo
- ☐ Clavicle R/L
- ☐ Elbow R/L
- ☐ CT ABD w/wo IV, Oral
- ☐ Facial Bones
- ☐ Femur R/L
- ☐ CT Pelvis w/wo IV, Oral
- ☐ Foot R/L
- ☐ Forearm R/L
- ☐ C-Spine
- ☐ Hand R/L
- ☒ Hip R/L
- ☐ Knee R/L
- ☐ KUB
- ☐ L-Spine
- ☐ Pelvis
- ☐ Shoulder R/L
- ☐ Thumb R/L
- ☐ Tib-Fib R/L
- ☐ T-Spine

**LABS:**
- ☐ GP
- ☐ US Abdomen
- ☐ US
- ☐ US Pelvis
- ☐ Wrist R/L
- ☐ Navicular R/L
- ☐ Echo
- ☒ CBC
- ☒ Chem 13
- ☐ CRP-C
- ☐ CRP-1
- ☒ BNP
- ☐ D-Dimer
- ☐ Mg
- ☒ PT/PTT
- ☐ Lipid Profile
- ☐ Thyr Prof/TSH
- ☐ Accucheck
- ☐ Alcohol
- ☐ Amylase
- ☐ Lipase
- ☐ Chem 7
- ☐ Culture, Bld   x1 x2 x3
- ☐ Flu
- ☐ GC/Chlamydia
- ☐ HCG, urine/bld
- ☐ HCG, quant
- ☐ Monospot
- ☐ Stool, WP, O/P, CX
- ☐ Strep Screen
- ☐ Tox, Urine/Blood
- ☐ Trauma Panel
- ☐ Type & Screen
- ☐ UA
- ☐ U Dip
- ☐ Urine Cx
- ☒ ECG
- ☐ Old Chart

INT2

- ☐ O2
- ☐ Undress Pt.
- ☐ Hep Lock
- ☐ Bilat UE BP
- ☐ Monitor
- ☐ Digital Block
- ☐ Wound Anesthesia
- ☐ Td

IV _____ cc/hr X _____ liters, then _____
- ☐ Fluorescein
- ☐ Tetracaine
- ☐ Decrolse
- ☐ Slit/Woods Lamp

14:58 Ativan 1mg IV

1750 Vitamin K 5mg Subcut x 1 now

☑ T-Note   ☐ Note Dictated   ☐ Addendum Dictated   ☐ CC T Sheet _____   ☐ Discharge Home

MD Signature: _____

Reviewer: _____   ART   6.20.5   Coded

ADM. FIEMA