# EXHIBIT 8

TO DEFENDANT JOHN LOPEZ, M.D.'S MOTION
FOR SUMMARY JUDGMENT PURSUANT TO
FED.R. CIV. P. 56

| ASPEN VALLEY HOSPITAL | | Policies | |
|---|---|---|---|
| TITLE: Trauma Consultation And Transfer Of Adult And Pediatric Patients;Including Mode Of Transport | | POLICY NO: 4725.100.004 | PAGE 1 of 6 |
| NEXT REVIEW: 10/1/2008 | ISSUE DATE: 2/1/1994 | | |
| APPROVED BY: Sandra Morris | | DISTRIBUTION: | |
| REVISED: 2/94, 1/95, 2/96, 9/98, 9/99, 7/00, 6/02, 6/04, 3/05, 2/96, 4/07, 10/07 | | DEPARTMENT: Trauma | |

PURPOSE: TO DESCRIBE SITUATIONS FOR, AND METHODS OF, PATIENT TRANSFER FOR THE ADULT AND PEDIATRIC PATIENTS. ENSURING THAT PATIENTS REQUIRING SERVICES NOT PROVIDED AT ASPEN VALLEY HOSPITAL WILL BE TRANSPORTED TO THE APPROPRIATELY CERTIFIED TRAUMA CENTER, AND ENSURING THAT THEY WILL BE TRANSFERRED BY THE BEST METHOD, EITHER GROUND OR AIR.

I.  PURPOSE OF THE TRAUMA PATIENT TRANSFER
    A.  If a patient requires a specialty service for optimum patient care that is not available at Aspen Valley Hospital, the patient may be transferred to an appropriate trauma care facility.

II. PREFERRED METHOD OF TRANSPORT: Adult and Pediatric
    A.  The preferred method of transport for a critical or high risk injured patient from Aspen Valley Hospital is by helicopter. This ensures the quickest transport to a higher level of care accompanied by a crew capable of best managing catastrophic events.
    B.  In the event weather conditions are such that a helicopter is unable to safely fly into the area, the next choice is a fixed wing plane, landing at Sardy field. The critical or high risk injured patient could be transported to the airport via ground ambulance for expedient transport to a higher level of care.
    C.  The third choice of transport is by ground transport to rendezvous with either a rotary helicopter or a fixed wing plane. This expedites the transport to a crew with advanced skills that can safely manage the patient to their destination.
    D.  The last choice for transport of a critical or high risk injured patient from Aspen Valley Hospital is by ground transport. This is a slower method of transport, potential for a less skilled crew, and more vulnerable to extrinsic circumstances. Given the terrain and adverse weather conditions that occur in the area, ground transport is sometimes our only option.

| TITLE: Trauma Consultation And Transfer Of Adult And Pediatric Patients:Including Mode Of Transport | POLICY NO: 4725.100.004 | PAGE 3 of 6 |
|---|---|---|

  e. Life threatening complications, such as acute renal failure (creatinine>2.5) or coagulopathy (twice the normal value for individual facility)

D. Pediatric patients with the following injuries will be managed as follows:
  a. Ages 0-5 years with *critical injuries* will be transferred after consultation to a Regional Pediatric Trauma Center (RPTC). If such a center is not available, then transfer will be to a Level I Trauma Center with Pediatric Commitment (LI/PC). If such a center is not available, then transfer will be to a Level II Trauma Center with Pediatric Commitment (LII/PC). If no center with pediatric commitment is available, transfer will be to the highest level trauma center available.
  b. Ages 6-12 years with *critical injuries* will receive a consultation with a trauma surgeon at a RPTC or a LI/PC for consideration of transfer of the patient. Consultation is required within 6 hours of recognition of condition.
  c. Ages 0-12 years with *high risk injuries* or *high risk mechanism* will receive a consultation with an attending trauma surgeon at a RPTC or LI/PC for consideration of transfer. Consultation is required within 6 hours of recognition of the condition.

*Critical Injuries*
 a. Bilateral pulmonary contusions requiring nontraditional ventilation
 b. Multi-system trauma with pre-existing or life threatening coagulopathy (hemophilia)
 c. Pelvic fractures with unrelenting hemorrhage
 d. Aortic tears
 e. Liver injuries with vena cava injury or requiring emergency surgery with liver packing
 f. Coma for longer than 6 hours or with focal neurologic deficit

*High Risk Injuries*
 a. Significant head injuries (intracranial bleeding or GCS <10)
 b. Unstable vertebral fractures and spinal cord injury with neurologic deficit
 c. Burns
 d. Penetrating injuries to head, neck, torso, or proximal extremities
 e. Mechanical ventilation of > 16 hours
 f. Persistent in-hospital evidence of physiologic compromise including: Tachycardia relative to age plus signs of poor perfusion (CFT>2 seconds, cool extremities, decreased pulses, altered mental status or respiratory distress), hypotension.
 g. Hemodynamically stable children with documented visceral injury admitted for observational management and requiring blood transfusion or fluids>40cc/kg
 h. Injury Severity Score> 9, including but not limited to:
   i) Multi-system blunt injuries (>2 systems)
   ii) Pelvic or long bone fracture in conjunction with multi-system injuries

PP 000011

| TITLE | POLICY NO: | PAGE |
|---|---|---|
| Trauma Consultation And Transfer Of Adult And Pediatric Patients:Including Mode Of Transport | 4725.100.004 | 4 of 6 |

        iii) Altered mental status (GCS< 10) with significant trauma

     *High Risk Mechanism*
     a. Falls > 20 feet
     b. Auto crashes with significant vehicle body damage
     c. Significant motorcycle crashes
     d. All terrain vehicle (ATV) crashes

    E. Patients may also be transferred to a facility at their request. The physician will first complete a preliminary evaluation to determine the stability of the patient for transfer.

IV. RISK OF TRANSFER
    A. A physician will determine that the benefits of transfer outweigh the risks of transfer.
    B. During the explanation of risk of transfer to the patient, the patient will receive the information that during the period of transport, the patient is not within any hospital, and that any emergency occurring during transport can only be treated by the personnel and equipment carried in the transfer vehicle until arrival at the hospital.
    C. The risk of being transferred must be weighed against the risk of not being transferred.
    D. The risk of all transfers includes the risk of transfer vehicles being involved in accidents or other conditions that could produce further medical injuries and a delay in transport and treatment.

V. REFUSAL OF TRANSFER
    A. Before a patient or his legally responsible agent can refuse treatment or a transfer, the physician must inform the patient of the risks and benefits of the transfer and take all reasonable steps to obtain written informed consent to refuse.

VI. PATIENT RIGHTS
    A. A hospital cannot transfer a patient with an unstable emergency medical condition unless it first advises the patient of his/her rights under the COBRA statute.
    B. The hospital must advise the patient of the risks of transfer, obtain a written request of transfer from the patient or responsible person, or have signed transfer agreements.
    C. A transfer will not be considered appropriate until the hospital has actually treated the patient within its capacity to do so (Dooley, "COBRA Updates, Patient Transfer", *Emergency*, 1990).

VII. PATIENT PREPARATION GUIDELINES
    A. Trauma patients requiring transfer to another facility for emergent or urgent care will have the following as recommended by the treating physician:

| TITLE: Trauma Consultation And Transfer Of Adult And Pediatric Patients:Including Mode Of Transport | POLICY NO: 4725.100.004 | PAGE 5 of 6 |
|---|---|---|

    1. 2 large bore, stable IV lines.
    2. Indwelling foley catheter
    3. Nasogastric tube (Physician=s discretion)
    4. Endotracheal Intubation for a GCS of 10 or less
    5. A chest tube for any pneumothorax, even minimal.

VIII. PROCEDURE FOR TRANSFER
    A. All trauma patients being transferred will receive a trauma evaluation or consultation.
    B. If transport is indicated, the physician will contact the receiving physician at the facility chosen to arrange acceptance of the patient and appropriate mode of transport, ground ambulance, helicopter or fixed wing..
    C. Documentation of the accepting physician will be included in the chart. All orders, transfer forms and medical records as appropriate will be forwarded or faxed with the patient at transport time to the accepting facility.
    D. The House Supervisor will contact the appropriate nursing personnel at the receiving facility for bed assignment and the patients primary nurse will provide report on the patient's status.
    E. The following should accompany the patient when transferred or should be faxed to the receiving facility:
        1. A copy of the ED documentation, copies of all radiologic studies, results of diagnostic tests performed. (Physicians may directly dictate into St. Mary's Hospital and Columbia/Health One's dictation systems. This allows the dictation to be available before the patient arrives at the receiving facility.)
        2. A copy of the completed Transfer Forms (see attached).
        3. Clothing and valuables are to be sent with the family. If not possible, send with the patient.

IX. GROUND TRANSPORT:
    • If the patient is transported by ground service, the patient remains under the care of Aspen Valley Hospital Emergency Department Physician until the Ambulance crew arrives at the receiving facility. Should a patient problem be encountered, the ambulance crew may contact the Emergency Department Physician at either facility, usually the facility to which is their closest proximity.

X. FLIGHT TEAMS
    • Once the patient is accepted for transfer by the receiving facility, and a flight team arrives, they assume care of the patient in the AVH ED. The primary responsibility for control of care will be by the receiving physician.
    • This collaborative role depends on open communication between the flight team and Aspen Valley Hospital's Emergency Department physicians and the Trauma Surgeon. The physicians need to be made aware of the crew's interventions while the patient remains in Aspen Valley Hospital's Emergency Department.

| TITLE: Trauma Consultation And Transfer Of Adult And Pediatric Patients:Including Mode Of Transport | POLICY NO: 4725.100.004 | PAGE 6 of 6 |
|---|---|---|

Approved By:

_____
Trauma Director                                                                     Date

_____
Chair, Emergency Medicine                                                          Date

_____
Emergency Department Manager                                                      Date