# EXHIBIT 10

TO DEFENDANT JOHN LOPEZ, M.D.'S MOTION
FOR SUMMARY JUDGMENT PURSUANT TO
FED.R. CIV. P. 56

1

1

2  IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF COLORADO
3
        - - - - -
4
   TAMAR KELLNER,      )
5                      )
      Plaintiff,   )
6                      )
      vs.       ) Civil Action
7             ) No. 11-cv-00688-MSK-MJW
   JOHN F. SCHULTZ, M.D., )
8   JOHN A. LOPEZ, M.D.;  )
   and ASPEN VALLEY    )
9   HOSPITAL DISTRICT d/b/a)
   ASPEN VALLEY HOSPITAL, )
10
      Defendants.
11
        - - - - -
12
      DEPOSITION OF MICHAEL B. HOROWITZ, M.D.
13
        - - - - -
14
           February 13, 2012
15
        - - - - -
16

17

18

19

20

21

22

23   REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
     WITHOUT AUTHORIZATION FROM THE CERTIFYING
24   AGENCY

25            - - - - -

     PITTSBURGH REPORTING SERVICE
     (412) 575-5830


2


1

2     DEPOSITION OF MICHAEL B. HOROWITZ, M.D.

3     a witness herein, called by the Defendant

4     John A. Lopez, M.D., for examination, taken

5     pursuant to the Federal Rules of Civil

6     Procedure, by and before Ronda J. Weinell, a

7     Registered Professional Reporter and Notary

8     Public in and for the Commonwealth of

9     Pennsylvania, at the Department of Neurology,

10    UPMC, 200 Lothrop Street, Pittsburgh,

11    Pennsylvania, on Monday, February 13, 2012, at

12    9:17 a.m.

13            - - - - -

14    COUNSEL PRESENT:

15    For the Plaintiff:

```
16      Isobel S. Thomas, Esq.
           Leventhal Brown & Puga, P.C.
17         950 South Cherry Street, Suite 600
           Denver, CO 80246
18
        For the Defendant John F. Schultz, M.D.:
19
           Douglas C. Wolanske, Esq.
20         Faraci Wolanske, LLC
           1512 Larimer Street, Suite 1050
21         Denver, CO 80202

22      For the Defendant John A. Lopez, M.D.:

23         David J. Nowak, Esq.
           White and Steele, P.C.
24         Dominion Towers, North Tower
           600 17th Street, Suite 600N
25         Denver, CO 80202
```

PITTSBURGH REPORTING SERVICE
(412) 575-5830

3

```
1

2    COUNSEL PRESENT (Cont.):

3    For the Defendant Aspen Valley Hospital
     District d/b/a Aspen Valley Hospital:
4
        Aaron P. Bradford, Esq.
5       Lathrop & Gage, LLP
        US Bank Tower
6       950 17th Street, Suite 2400
        Denver, CO 80202
7

8

9
```

42

19   Q.  Okay. When you receive one of those

20   calls, do you bill for the call?

21   A.  No.

22   Q.  Why not?

23   A.  I don't know. I don't.

24   Q.  When you receive one of those calls

25   regarding a patient at another facility, do you

PITTSBURGH REPORTING SERVICE
(412) 575-5830

43

1   Dr. Horowitz - by Mr. Nowak

2   issue orders regarding the treatment of that

3   patient at that other facility?

4          MS. THOMAS:  Form and

5   foundation.

6   A.  I can't give orders to another

7   hospital. I can, you know, make suggestions

8   and recommendations, but they're not, quote,

9   unquote, orders in a chart.

10  Q.  Why can't you issue orders?

11  A.  Because I don't have privileges.

12          THE WITNESS:  Let's take a

13    break right now.

14           MR. NOWAK: Go ahead.

15           (Whereupon, a recess was

16    taken.)

17    Q.    Doctor, we're back on the record.

18    Before we took the break, we were talking about

19    calls you receive from Level 2 and 3 trauma

20    centers when you're here at the University of

21    Pittsburgh. Do you recall that?

22    A.    Yes.

23    Q.    Am I correct that with respect to

24    those calls, you don't consider yourself to be

25    the treating physician for that patient until

           PITTSBURGH REPORTING SERVICE
                (412) 575-5830

                        44

1           Dr. Horowitz - by Mr. Nowak

2     they're transferred and admitted to the

3     University of Pittsburgh?

4           MS. THOMAS: Objection to form

5     and foundation.

6     A.    Correct.

85

1       Dr. Horowitz - by Mr. Nowak

2       Q.   Do you remember who performed that
3   exam?
4       A.   I think Dr. Schultz did.
5       Q.   And do you recall that his
6   examination in the emergency department, his
7   neurologic examination, was normal?
8       A.   I'd have to go back and look, but
9   she has a GCS of 15, so her Glascow Coma Score
10  is 15.
11      Q.   That's an indication to you of a
12  normal neurologic exam?
13      A.   It's a nonfocal neurologic exam,
14  yes.
15      Q.   Let me show you the history and
16  physical exam from Aspen Valley Hospital, the
17  second page under Neuro.  My question is does
18  that reflect a normal neurologic exam?
19      A.   To the extent what's noted there,
20  yes.
21      Q.   When you say to the extent --
22      A.   Well, there's a lot of neuro system

23    that's not evaluated there, so I don't know if

24    it's normal or not.

25    Q.  As far as what's in the record that

        PITTSBURGH REPORTING SERVICE
           (412) 575-5830

              86

1      Dr. Horowitz - by Mr. Nowak

2    you reviewed, given the Glasgow Coma and what's

3    documented in the history and physical, she had

4    a normal neurologic exam in the emergency

5    department; correct?

6    A.  Yes.

7    Q.  You would agree that when

8    Ms. Kellner was evaluated in the emergency

9    department, she did not require any type of

10    neurosurgical procedure?

11    A.  Correct.

12    Q.  And when she was evaluated in the

13    emergency department, there was no

14    neurosurgical emergency; correct?

15    A.  Correct.

16    Q.  And would you also agree that the

17    subarachnoid bleed identified on the CT scan

18    was a small bleed?

19                MS. THOMAS:  Form.

20        A.    We don't usually characterize them

21    that way.  We refer to trauma.

22        Q.    How do you characterize it?

23        A.    It's either you have it or you

24    don't.

25        Q.    So the size of a bleed doesn't weigh

                PITTSBURGH REPORTING SERVICE
                     (412) 575-5830