# EXHIBIT 12

TO DEFENDANT JOHN LOPEZ, M.D.'S MOTION
FOR SUMMARY JUDGMENT PURSUANT TO
FED.R. CIV. P. 56

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Case No. 11-CV-00688

---

VIDEOTAPED REALTIME DEPOSITION OF
MARY FRANCES POWELL, R.N.,
September 15, 2011

---

TAMAR KELLNER,
Plaintiff,

v.

JOHN F. SCHULTZ, M.D.; JOHN A. LOPEZ, M.D.; and ASPEN VALLEY HOSPITAL DISTRICT d/b/a ASPEN VALLEY HOSPITAL,
Defendants.

---

TAKEN PURSUANT TO NOTICE on behalf of the Plaintiff at 601 Hyman Street, Aspen, Colorado 81611 at 8:29 a.m. before Elizabeth Brodlieb, Registered Professional Reporter and Notary Public within Colorado.

## Page 2

APPEARANCES

For the Plaintiff:
ISOBEL S. THOMAS, ESQ.
Leventhal, Brown & Puga, P.C.
950 South Cherry Street
Suite 600
Denver, Colorado 80246

For Defendant Schultz:
DOUGLAS C. WOLANSKE, ESQ.
Faraci Wolanske, L.L.C.
1512 Larimer Street
Suite 1050
Denver, Colorado 80202

For Defendant Lopez:
DAVID J. NOWAK, ESQ.
White and Steele, P.C.
600 17th Street
Suite 600N
Denver, Colorado 80202-5406

For Defendant Aspen Valley Hospital:
DONALD E. LAKE, ESQ.
Lathrop & Gage, LLP
950 17th Street
Suite 2400
Denver, Colorado 80202

Also Present:
Gary Brodlieb, CCV
Elaine M. Gerson, RN, BSN, MBA, JD, CHC

## Page 3

INDEX

EXAMINATION OF MARY FRANCES POWELL, R.N.: PAGE
September 15, 2011

By Ms. Thomas           5, 68
By Mr. Wolanske         64, 73
By Mr. Nowak            55
By Mr. Lake             --

EXHIBIT    DESCRIPTION    PAGE
(None marked.)

REQUESTED PORTIONS OF TESTIMONY:    PAGE

Request for document production    --

Certified question                 --

Instruction not to answer          --

Other requests or marked testimony --

## Page 4

1  WHEREUPON, the within proceedings were
2  taken pursuant to the Rules of Civil Procedure:
3  THE VIDEOGRAPHER: This is the
4  videotaped deposition of Mary Frances Powell, taken
5  by the plaintiff in the matter of Kellner versus
6  Schultz, held at the offices of Garfield and Hecht,
7  at 601 East Hyman Street, Aspen, Colorado, on
8  September 15, 2011, at approximately 8:29 a.m.
9  The certified videographer is Gary
10 Brodlieb. The certified court reporter is Beth
11 Brodlieb. We are from Premier Reporting & Video
12 Services. Will all persons present please
13 introduce themselves.
14 MS. THOMAS: Isobel Thomas on behalf
15 of the plaintiff.
16 MR. NOWAK: Dave Nowak representing
17 Dr. Lopez.
18 MR. WOLANSKE: Doug Wolanske on behalf
19 of Dr. Schultz.
20 MS. GERSON: Elaine Gerson,
21 representative of Aspen Valley Hospital.
22 MR. LAKE: Donald Lake representing
23 Aspen Valley Hospital.
24 THE DEPONENT: Mary Frances Powell,
25 representing Aspen Valley Hospital.

17

1 you've told me there's no written policy. Was this
2 an understanding you had as to a chain of command
3 back in March of '09, if, in fact, there was an
4 issue with patient care?
5    A    I would have my own -- I don't think
6 there was a formal policy.
7    Q    And you've told me that. I'm
8 wondering, even if there was not a formal policy,
9 if there was an understanding or informal policy as
10 to a chain of command, if, in fact, there were
11 issues with patient care in the ICU that you're
12 aware of.
13   A    No.
14   Q    So I think what you were saying is you
15 would have your own procedure you would follow for
16 yourself?
17   A    Yes.
18   Q    And what was that procedure?
19   A    That would be -- what kind of issue
20 would you be talking about?
21   Q    Well, if we're talking about an issue
22 with a patient in the ICU where you might have
23 concerns that a physician -- well, I would just say
24 if you had concerns for patient safety and perhaps
25 a disagreement with a physician.

18

1    A    I'd be contacting the house
2 supervisor, if we were -- if I tried to contact the
3 physician.
4    Q    And would you have any -- well, part
5 of your policy or your own procedure, would you
6 contact the facilitator or the inpatient director
7 or would you expect the house supervisor to do
8 that?
9    A    I would be discussing it with the
10 house supervisor to ask for higher command, people
11 of higher command to be involved.
12   Q    And you understood that, whether it
13 was an ICU facilitator or an inpatient director,
14 they would be senior to the house supervisor and
15 would be those people you're talking about?
16   A    Or -- and different doctors and
17 administrator of the hospital on call.
18   Q    Did you ever have opportunity since
19 you've been at Aspen to activate the chain of
20 command when you've had concerns about a patient
21 care and about patients and what a physician may or
22 may not be doing for that patient?
23        MR. LAKE: Form.
24   A    Could you repeat that question,
25 please?

19

1    Q    (By Ms. Thomas) Sure. You told me what
2 your procedure would be for yourself when there
3 were issues with patient care, in your opinion.
4 I'm just asking have you ever activated any kind of
5 chain of command or gone to your house supervisor
6 when you've been concerned about patient care and a
7 physician's treatment of a patient.
8    A    Over the years that I've been there,
9 yes.
10   Q    What types of situations has that
11 occurred in, if you can give me some examples?
12   A    Specific examples, no, I can't have
13 any come to mind.
14   Q    Do you, Ms. Powell, have an
15 independent recollection of your involvement in the
16 care and treatment of Tamar Kellner?
17   A    Yes.
18   Q    We're going to look at the records and
19 the notes that you've made, but would you tell me
20 what it is you independently recall about your
21 involvement in her care and treatment.
22   A    As per the record?
23   Q    I'm going to ask you about the record
24 and your chart notes, but you've told me you
25 actually have a separate recollection from things

20

1 that -- that's separate from the record; is that
2 correct?
3    A    I remember the patient.
4    Q    Okay.
5    A    I remember her admission, and I
6 remember the details of what I wrote in the record.
7    Q    What do you remember about the
8 patient?
9    A    The patient arrived at 20 past 6:00,
10 and on the day of admission, the patient was,
11 interacted -- I interacted with her. She was upset
12 from having to be admitted to the hospital. She --
13 as my notes, her husband was at the bedside. She
14 was very -- was interacted together, communicated
15 clearly. She was using her cell phone, that she
16 had had multiple hospital admissions with her, as
17 documented in the chart from her mechanical aortic
18 valve replacement.
19        She'd had syncopal episodes before
20 this with questionable atrial fibrillation. She
21 had hypothyroid. She had depression, and she did,
22 you know, so she was wanting to -- she was on
23 holiday in Aspen and she did not want to have to be
24 admitted to the hospital I think because she had --
25 this was a holiday for her.

45

1  Q    4 of 5, 1820?
2  A    On the left column, patient assessed,
3  patient's Glasgow is 15 at present, cannot remember
4  ski, headache 3 out of 10, reports being more
5  upset. Small abrasion on forehead, back of left
6  head. Left bruise on left thigh. Patient
7  orientated to ICU. Seen by family. Phone number
8  exchanged.
9  Q    Okay. I see. And do you know, was it
10 just the husband who was there?
11 A    I remember the husband. I can -- I
12 think there were other family members, but I can't
13 remember that.
14 Q    Okay. And when you say you exchanged
15 phone numbers, was that with the actual family or
16 was that something you were doing --
17 A    The husband's.
18 Q    Okay. So it looks like the next note
19 was from Cindy. Did you have, since you were still
20 there, 1940 to 1955, any -- strike that.
21      You would have given your same report
22 to Cindy, right?
23 A    Yes.
24 Q    And typically -- what would you have
25 told Cindy at the time you transferred care of

46

1  Mrs. Kellner to Cindy?
2  A    The same, that report that I gave R.N.
3  Martin plus the fact that the patient had been
4  stable, had voided again. We had ordered dinner.
5  I reported to her that patient had been talking on
6  the cell phone and reported at 1900 that feeling
7  hot and anxious and had had a headache 3 out of 10,
8  had requested Ativan, that I called -- paged
9  Dr. Schultz. And Cindy, through this procedure,
10 Cindy was there because she had arrived at 1900.
11 Q    Okay.
12 A    And when I gave the Ativan, that the
13 patient then vomited as I was giving it. I
14 requested her just to stop talking on the cell
15 phone. I know I put the cooling fan on, gave her a
16 cool face cloth and try to rest to see if that
17 Ativan would work to help her.
18 Q    So did you -- did she almost vomit
19 immediately after you gave her the Ativan?
20 A    It was simultaneously.
21 Q    Do you know if she even got that
22 Ativan into her system, if she vomited?
23 A    It was IV.
24 Q    IV. Thank you. And so were you and
25 Cindy then both in the room? You've just

47

1  referenced your 1900 note. Were you and Cindy both
2  in the room at that point?
3  A    Cindy was at the desk.
4  Q    Okay.
5  A    Which is a short distance away with
6  full view and able to be able to hear.
7  Q    Okay. I want to ask you about your
8  narrative note because you say you called the room,
9  and then it says Dr. Doss updated. Who is that?
10 Did you mean Cindy was updated or one of the
11 physicians?
12 A    R.N. Doss. I typed incorrect.
13 Q    So you updated her on the fact that
14 you had administered the Ativan and that she had
15 vomited and was anxious, true?
16 A    Yes.
17 Q    And so when it says "Dr. Schultz
18 paged, updated," this is the same phone call you've
19 already referenced where you updated him on what
20 had happened?
21 A    Yes.
22 Q    And I assume you told him that she had
23 vomited?
24 A    Before -- she hadn't -- no, because
25 she vomit -- I got the order for the Ativan.

48

1  Q    Okay. Then she vomited
2  simultaneously?
3  A    Yes.
4  Q    Okay. And then shortly thereafter, it
5  looks like this note ended at 1957, is when you
6  left?
7  A    Yes.
8  Q    And so you're not aware -- you weren't
9  present for any of Cindy's calls because you had
10 left; is that right?
11 A    Yes.
12 Q    And if we jump back to your monitoring
13 flow sheet, your writing appears on some --
14 A    Yes.
15 Q    -- some of this. And so can you just
16 tell me, the very first one, so it looks like -- is
17 that how you know the patient came in at 1820,
18 because you've got a cross-out?
19 A    That was my first time of the first
20 set of vitals off the machine. So that's how I
21 know that she was -- she came at 1820.
22 Q    Okay. And I'm curious, because
23 there's some stuff that's -- you've got -- it says
24 something about the pupils. What does that say?
25 A    Pupils -- Glasgow was 15.