**EXHIBIT**
P

006551311  ER

KELLNER, TAMAR                61 F
M000602154  BERNARD, CATHERI
DOB:10/08/1947  03/20/09 1439

© 1996 - 2008 T-System Inc. Circle or check appropriate

19

ASPEN VALLEY HOSPITAL
ASPEN, CO
**EMERGENCY PHYSICIAN RECORD**
**Fall**

TIME SEEN:_____ ☐ on arrival  ROOM: (1D) ☐ EMS Arrival
HISTORIAN:__patient __spouse __parents __paramedics __interpreter
__language not English _____
__HX / __EXAM LIMITED BY:_____
__presenting medical condition _____

## HPI

**chief complaint:** Fall  injury to:  Hand

**onset / duration:**
just prior to arrival
today  yesterday
_____ min / hrs / days ago

**where:**
home  school  neighbor's
park  work  street
nursing home
skiing / snowboarding

**context:** tripped / slipped / lost balance  alleged assault
became dizzy / fainted  bicycle  (w/ helmet)
fell from (standing position) / from height ____
fell over 5 in  Brahmat  É LOC

**severity of pain:** mild  (moderate)  severe  (1/10)
**associated symptoms:**
lost consciousness / dazed  seizure  memory impairment
duration: 4 min  remembers: injury  coming to hospital

**location of pain / injuries:**
(head)  face  mouth
neck  chest  abdomen
back  upper mid- lower
radiating to R / L thigh / leg

| | –right– | | –left– | |
|---|---|---|---|---|
| shldr | hip | shldr | hip |
| arm | thigh | arm | thigh |
| elbow | knee | elbow | (knee) |
| f-arm | leg | f-arm | leg |
| wrist | ankle | wrist | ankle |
| hand | foot | hand | foot |

## ROS

dizziness_____
recent illness_____
fever / chills_____
weakness_____
numbness_____
neck / back pain_____
shortness of breath_____
LNMP_____ preg  post- menop

problems urinating_____
nausea / vomiting_____
leg / ankle swelling_____
problems with vision_____
nasal drainage_____
rash_____
anxiety / depression_____
☑ all systems neg except as marked

• NEURO / MS components also addressed in HPI

## PAST HX

cardiac disease  AMI A-Fib____  hepatitis / HIV____
diabetes  Type 1  Type 2____  asthma / COPD____
diet / oral / insulin_____
old records ordered / summary: Mechanical Aortic Valve
P.H.I.                    + A. Fib
Tetanus immun. UTD / given in ED_____
Meds- __none  ☑ see nurses note  aspirin  coumadin  clopidogrel
P.H.I.  Klmk  Coundin  P.H.I.
Allergies- __NKDA  ☑ see nurses note

## SOCIAL HX  smoker____  drugs____
__alcohol (recent / heavy / occasional)  occupation____
## FAMILY HX  __negative

---

Nursing Assessment Reviewed  ☑ Vitals Reviewed
VS BP 126/88  HR 75  RR 18  Temp 97.6
Pulse Ox 95 % O (RA) ____ L O₂ Interp( nml) hypoxic  Time:____

## PHYSICAL EXAM
**General Appearance**  c-collar  backboard (PTA / in ED)
__no acute distress  __mild / moderate / severe distress
✓ alert  __anxious / lethargic / unconscious
**HEAD**  __see diagram_____
__no evidence of  __raccoon eyes / Battle's sign____
trauma  Hematoma
**NECK**  __see diagram_____
✓ non-tender  __decreased / limited ROM____
✓ painless ROM  __pain on movement of neck____
✓ trachea midline

☑ Nexus criteria neg  __midline tenderness / distracting injury
__altered mental status / recent ETOH
__focal neuro deficit

**EYES**  __unequal pupils  R-____ mm  L-____ mm
✓ PERRL  __EOM entrapment / palsy_____
✓ EOMI  __subconjunctival hemorrhage_____
**ENT**  __hemotympanum_____
✓ nml external  __TM obscured by wax_____
inspection  __clotted nasal blood_____
__no dental / oral inj  __dental injury / malocclusion_____
✓ airway nml
**RESP / CVS**  __see diagram_____
✓ chest non-tender  __rib tenderness / palpable fracture____
✓ no ecchymosis  __crepitus / subcutaneous emphysema__
✓ breath sounds nml  __splinting / paradoxical movements__
✓ no resp. distress  __decreased breath sounds_____
✓ heart sounds nml  __wheezes / rales / rhonchi_____
__tachycardia / bradycardia_____
**ABDOMEN**  __see diagram_____
✓ non-tender  __tenderness / guarding / rebound____
✓ no distention  __mass_____

**GENITAL / RECTAL**  __perineal hematoma_____
__nml ext. inspection  __blood at urethral meatus_____
__nml rectal tone  __decreased rectal tone_____
__heme negative stool  __vaginal bleeding_____

**NEURO / PSYCH**  __disoriented to person / place / time
✓ oriented x3  __facial asymmetry_____
✓ CN's nml as tested  __unsteady / ataxic gait_____
✓ sensation nml  __sensory / motor deficit_____
✓ motor nml  __slurred speech_____
✓ mood / affect nml  __depressed mood / affect_____

Reflexes

**Glasgow Coma Score**  SCORE= 15
Eyes Open- spontaneous (4)  to voice (3)  to pain (2)  none (1)
Speech- nml (5)  disoriented (4)  inapprop. (3)  incoherent (2)  none (1)
Motor- nml (6)  localizes (5)  withdraws (4)  flexor (3)  exten (2)  none (1)

**SKIN**
_ intact
_ warm, dry

___see diagram___
__ecchymosis / laceration
__crepitus / diaphoresis
__decubitus

**ACK**
_no CVA
tenderness
_no vertebral
tenderness

___see diagram___
__vertebral point / CVA tenderness
__muscle spasm / limited ROM

**EXTREMITIES**
_atraumatic
_pelvis stable
_hips non-tender
_no pedal edema
_nml ROM
_nml color / temp

(see diagram)
__bony point-tenderness
__painful / unable to bear weight
__pulse deficit

Joint Exam:
__limited ROM / ligaments laxity
__joint effusion

T=Tenderness  PtT=Point Tenderness  S=Swelling  E=Ecchymosis  B=Burn
C=Contusion  L=Laceration  A=Abrasion  M=Muscle spasm  PW=Puncture Wound
(Ø = without  m=mild  mod=moderate  sv=severe)

## PROCEDURES

**Wound Description / Repair:**                Time:
**length____ cm  location**_____
linear  stellate  irregular  flap  into: subcut / muscle
clean  contaminated  moderately / heavily _____
**distal NVT:**  neuro/vasc intact        no tendon injury
**anesthesia:**  local  topical _____  lidocaine / bupivacaine  epi / bicarb
                 digital block _____
**prep:**  Shur-Clens / Betadine _____
irrigated with saline _____        debrided mod. /extensive
wound explored                       wound margins revised
  to base / in bloodless field       multiple flaps aligned
no foreign body identified
foreign material removed
**repair:**  Wound closed with:  wound adhesive / steri-strips
   SKIN-      #_____    -0  nylon / prolene / staples___
   SUBCUT-    #_____    -0  vicryl / chromic_____
   OTHER-     #_____    -0 _____

## LABS

| CBC | Chemistries | UA | ETOH___ |
|---|---|---|---|
| normal except | normal except | normal except | TOX___ |
| WBC___ | Na___ | LE___ | |
| Hgb___ | K___ | Nit___ | HCG___ |
| Hct___ | Cl___ | cc (clean catch) | serum / urine |
| Platelets___ | CO2___ | Cath specimen | POS  NEG |
| | Gluc___ | Cx sent___ | |
| | BUN___ | | PT/PTT___ |
| | Creat___  INR 1.8 | | INR___ |

Fall - 19

## EKG & XRAYS

**RHYTHM STRIP** __NSR__  Rate____

**EKG** ___NML____  see separate report
☐ interp. by me  ☐ Reviewed by me  Rate____
__NSR  __nml intervals  __nml axis  __nml QRS  __nml ST/T

**XRAYS** ☐ Interp. by me  ☐ Reviewed by me  ☐ Read by radiologist

**C-spine  T-spine  LS-spine  pelvis**
__nml / NAD  __no fracture  __nml alignment  __ soft tissues nml

**CXR**
__nml / NAD  __no pneumothorax  __nml heart size  __nml mediastinum

**CT Scan**                      ☑ Read by radiologist
**head  C-spine  chest  abdomen / pelvis**  15:27
__nml / nml                                  Dr Chapman
SAH @ convexity (R??)

**Ultrasound / FAST Exam**
__nml / nml

**Other** _____

## PROGRESS

Time          unchanged     improved     re-examined
15:15 - CT reveal @ ICH
15:17 - D/C Dr Schultz
     - Attempted to contact Dr Wilber / Weiss NOT avail
15:20 - Pt stable resting comfortably - mom
     - 142/89   75   2 K   100%
15:46 - Pt comfortable A6x3
     66/99  80  12  100%
     CT pushed to St Mary will d/w Hancock.
6:00 - ENI 2 - 208 /called Dr Lopez #2
__Aftercare instructions on_____ given
__Follow up with _____ in _____ days
__Pt. personally evaluated by MD with face to face contact
__Discussed with Dr._____ at _____ arrived _____ (time)
__Signed out to Dr _____ at _____ at _____ (time)
__Counseled patient / family regarding:  __Additional history from:
  lab / rad. results  diagnosis  need for follow-up  family caretaker paramedics
  possibility of occult disease discussed    __Rx given_____
  immediate evaluation indicated
**CRIT CARE TIME**  (excluding separately billable procedures) ____ min

## CLINICAL IMPRESSION

Abrasion
Concussion (with LOC) w/o LOC
Contusion _____
Laceration _____
Fracture _____
Sprain / Strain  cervical  thoracic  lumbosacral _____
Syncope _____
Intra-cranial Hemorrhage - @ SAH R??
Scalp Hematoma
Facial Abrasion

DISPOSITION- __home__  ☐ transferred
             admitted
CONDITION- ☐ unchanged ☐ improved ☑ stable
Care transferred to Dr _____  Time:___

                                    NR / PA
                                    (MD / DO)
☐ Template Complete  ☐ See Addendum (Dictated / Template #_____)

H00___1311 ER   -

KELLNER, TAMAR                61 F
M000602154   BERNARD, CATHERI
DOB:10/08/1947 03/20/09 1439

© 2001-2007 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

03

ASPEN VALLEY
**HOSPITAL**

# EMERGENCY NURSING RECORD
## Head / Face Trauma

**TRIAGE** TIME 1430   emergent  (urgent)  non-urgent

NAME TAM_
HISTORIAN:  patient / (paramedics) family_____
ARRIVAL MODE: (car)  EMS  police_____
PCP: none_____
IMMUNIZATIONS:_____
tetanus <5yrs flu_____  (pneumovax)_____
TREATMENT PTA  see EMS report  IV (O₂) (c/collar) (backboard)

**VITALS**                    Weight_____ kg
BP 126/86  P 75  RR 18  temp 96 E T O R Ax
SaO₂ 95% RA/O₂_____  GCS 15

**PAIN LEVEL** current 3/10  max____/10 acceptable____/10
quality_____

**CHIEF COMPLAINT**  HEAD INJURY
occurred  just PTA____  hrs / days ago____
SKI FALL
⊕ LOC  ⊕ HELMET
AMNESIC TO INCDT
A+O X 2 @ SCENE
MILD ASSOCIATIVE
⊕ C-SPASM

(lost consciousness / dazed)____  nausea / vomiting x____
**INJURIES / PAIN**
(head)_____  eye R / L both____
face_____  nose____
ear R / L_____  mouth____
neck_____
**MECHANISM**
(fall)_____  animal bite____
direct blow_____  chemical____
cut with_____  burn____
safety devices (helmet) other____

**PAST MEDICAL HX**  negative  HTN
heart disease / HTN / diabetes:_____   P.H.I.
past surgeries  none_____
AORTIC VALVE REPLACEMENT 9YRS AGO
P.H.I.

**SOCIAL HX**
smoker_____
drugs_____
alcohol_____
fall risk  low / moderate high
shows signs of abuse / neglect_____

**LNMP_____ G___ P___ Ab___** pregnant / postmenop / hyst

*Signature*_____

---

**INITIAL ASSESSMENT** TIME 1430  ROOM 10
**GENERAL APPEARANCE**
__no acute distress     ___ c-collar / backboard in place
__alert                 ___ mild / moderate / severe distress
                        ___ anxious / decreased LOC

**FUNCTIONAL / NUTRITIONAL ASSESSMENT**
__independent ADL       ___ assisted / total care
__appears well          ___ obese / malnourished
   nourished / hydrated ___ recent weight loss / gain

**CVS / RESPIRATORY**
__no resp distress      ___ mild / moderate / severe distress
__skin warm & dry       ___ cool / diaphoretic

**NEURO**
__oriented x 4          (disoriented to person / place / time / event)
__PERRL  3+             ___ confused / memory loss
                        ___ pupils unequal  R___  L___
                        ___ weakness / sensory loss

**HEAD / FACE**
__no evidence of trauma   ___ see diagram
   to head / eye / ear / face  ___ laceration / (abrasion) / swelling
__non-tender              ___ tenderness
__skin intact             ___ periorbital hematoma
__no visual disturbance   ___ subconjunctival hemorrhage
__no drainage             ___ Raccoon eyes / Battle's sign
                          ___ ecchymosis
                          ___ nasal injury
                          ___ dental injury / malocclusion
                          ___ drainage



| | |
|---|---|
| T=Tenderness | |
| S=Swelling | |
| E=Ecchymosis  B=Burn | |
| C=Contusion | |
| Lac=Laceration | |
| A=Abrasion | |
| M=Muscle spasm | |
| PW=puncture wound | |
| Example: T = | |
| Tenderness on palpation | |

**NECK / BACK**
__no evidence of trauma   ___ laceration / abrasion / swelling
__non-tender              ___ tenderness
__nml ROM                 ___ limited ROM

**ADDITIONAL FINDINGS**
ALL NEURO INTACT TO
4 EXTREMITIES
PTA  PT RECEIVED ZOFRAN 2mg IV

**INITIAL ACTIONS**

| TIME | | | INIT |
|---|---|---|---|
| | ID band applied   ID band verified | | |
| | fall risk  precautions initiated | | |
| | ice pack | | |
| | bed low position   side rails up  x1 x2 | | |
| | call light in reach   head of bed elevated | | |

*Signature*_____

*Signature*_____

H0 551311  ER
KELLNER, TAMAR                    61 F
M000602154  BERNARD, CATHERI
DOB:10/08/1947 03/20/09 1439

## ACTIONS

| TIME | | | INIT |
|---|---|---|---|
| | set up suture tray    eye tray | | |
| 1435 | cardiac monitor — NSR | | |
| 1420 | O₂  2L via NC  Stop Time 10 | | |
| | Accu-Chek | | |
| | critical lab values | ICU | |
| | MD notified | | |
| | Interventions | | |

## IV STARTS    lock

| TIME | # | site | gauge | attempts | complications | INIT |
|---|---|---|---|---|---|---|
| PT | (L) | LC | 18 | 1st | rt.NS | |

## IV / MEDICATION INFUSION RECORD

| Start Time | Solution / Med | Type / Pump | Rate ml / hr | Stop Time | Amount Infused | INIT |
|---|---|---|---|---|---|---|
| PT | NS 1 LITER BOLUS | | | 1800 | 1000 cc | |
| | Response:  no change  improved  Pain ___/10 | | | | | |
| | Response:  no change  improved  Pain ___/10 | | | | | |
| | Response:  no change  improved  Pain ___/10 | | | | | |

## MEDICATIONS

| TIME | Medication | Dose | Route | Site | INIT |
|---|---|---|---|---|---|
| | Td / TT | 0.5mL | IM | | |
| | lot #: | exp. date | manufac | | |
| 1510 | ATIVAN | 1mg | IV | | |
| | Response:  no change  improved  Pain ___/10 | | | | |
| 1753 | VITAMIN K | 5mg | SubCut. | | |
| | Response:  no change  improved  Pain ___/10 | | | | |
| | Response:  no change  improved  Pain ___/10 | | | | |
| | Response:  no change  improved  Pain ___/10 | | | | |
| | Response:  no change  improved  Pain ___/10 | | | | |
| | Response:  no change  improved  Pain ___/10 | | | | |

## PROCEDURES

| TIME | | INIT |
|---|---|---|
| | laceration repair  to scalp  face | |
| | assisted by: | |
| | foreign body removed    assisted by: | |
| | eye irrigation    fluorescein | |
| | Morgan lens  sol    amt | |
| | lab drawn / sent    by ED tech / nurse / lab | |
| | cleaned wound    applied abx ointment | |
| | applied eye patch / dressing / Band-Aid / Pro Net | |

## DIAGNOSTICS

| TIME | | INIT |
|---|---|---|
| | to Xray  w/ monitor / RN / O₂  report given | |
| | return to room — report received | |
| 1305 | to CT  w/ monitor / RN / O₂  report given | |
| 1510 | return to room — report received | |
| | to PT  w/ monitor / RN / O₂  report given | |

## VITAL SIGNS

| TIME | BP | P | RR | T | SaO₂ | GCS | Pain | Pupils | INIT |
|---|---|---|---|---|---|---|---|---|---|
| 1500 | | | NS | | | 15 | /10 | | |
| 1515 | | | | | | 15 | /10 | | |
| 1530 | 96 | | | | | 15 | /10 | | |
| 1545 | | | 84 | | | 15 | /10 | | |

## ADDITIONAL NOTES

1445 C-Collar + BACK BOARD REMOVED
BY J. UNIVAL
1640 PT TO BEDSIDE COMMODE VOIDED.
450 CC CLEAR URINE
1645 DR SCHULTZ @ BEDSIDE
1735 PT TO BSC  VOIDED 300 CC URINE

## INTAKE / OUTPUT

IV / saline lock discontinued:  Total Amt Infused  1000 CC
Time ___ Initials ___
PERSONAL BELONGINGS TO: __patient __family __security

## DISPOSITION

__discharged  home  police  nursing home  expired
__verbal / written instructions
__verbalized understanding
__learning barriers addressed
__translator
__language line
__accompanied by
__admitted / transferred to  ICU 1
__report to  time  1510
__transfer documentation completed
__left AMA / LWBS  signed AMA sheet  refused

Discharge Vitals
BP ___ HR ___ RR ___ Temp. ___ SaO₂ ___
pain level at discharge ___ /10

## CONDITION

__unchanged  __improved  __stable  __other
Depart Time ___ Mode: walk  crutches  W/C  stretcher  ambulance

| SIGNATURE | INITIAL |
|---|---|
| | |
| | |
| | |

Discharge RN ___
☐ Continuation Sheet

©2001-2007 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**ASPEN VALLEY**
**HOSPITAL**
Small enough to care, large enough to heal

**EMERGENCY NURSING RECORD**
Medical Continuation Sheet

H006551311  ICU        ICU-1

KELLNER, TAMAR              61 F
M000602154  SCHULTZ, JOHN F
DOB:10/08/1947 03/20/09 1802

## IV / MEDICATION INFUSION RECORD

| Start Time | Solution / Med | Type / Pump | Rate ml / hr | Stop Time | Amount Infused | INIT |
|---|---|---|---|---|---|---|
| | Response: no change   improved   Pain ___ / 10 | | | | | |
| | Response: no change   improved   Pain ___ / 10 | | | | | |
| | Response: no change   improved   Pain ___ / 10 | | | | | |
| | Response: no change   improved   Pain ___ / 10 | | | | | |
| | Response: no change   improved   Pain ___ / 10 | | | | | |
| | Response: no change   improved   Pain ___ / 10 | | | | | |
| | Response: no change   improved   Pain ___ / 10 | | | | | |
| | Response: no change   improved   Pain ___ / 10 | | | | | |

## MEDICATIONS

| TIME | Medication | Dose | Route | Site | INIT |
|---|---|---|---|---|---|
| | Response: no change   improved   Pain ___ / 10 | | | | |
| | Response: no change   improved   Pain ___ / 10 | | | | |
| | Response: no change   improved   Pain ___ / 10 | | | | |
| | Response: no change   improved   Pain ___ / 10 | | | | |
| | Response: no change   improved   Pain ___ / 10 | | | | |
| | Response: no change   improved   Pain ___ / 10 | | | | |
| | Response: no change   improved   Pain ___ / 10 | | | | |
| | Response: no change   improved   Pain ___ / 10 | | | | |
| | Response: no change   improved   Pain ___ / 10 | | | | |
| | Response: no change   improved   Pain ___ / 10 | | | | |
| | Response: no change   improved   Pain ___ / 10 | | | | |
| | Response: no change   improved   Pain ___ / 10 | | | | |

## VITAL SIGNS

| TIME | BP | P | RR | T | SaO2 | GCS | Pain | Pupils | INIT |
|---|---|---|---|---|---|---|---|---|---|
| 1600 | | | | | | 15 | /10 | | |
| 1615 | | | | | | 15 | /10 | | |
| 1630 | | | | | | 15 | /10 | | |
| 1645 | | | | | | 15 | /10 | | |
| 1700 | | | | | | 15 | /10 | | |
| 1715 | | | | | | 15 | /10 | | |

## NURSES NOTES

1730   GCS - 15
1745   GCS - 15
1800   GCS - 15

Nurse Signature _____          Nurse Signature _____

AVH    00005

**DIAGNOSTIC IMAGING REPORT**

Account No. H006551311      Medical Record # M000602154
Patient: **Kellner, Tamar**
Sex: F      DOB: Oct. 8, 1947      Age: 61
Status: 1. ER-S      Diag. Imaging # 104108
Referring Physician: Catherine Bernard MD

## 310066 CT - HEAD W/O CONTRAST(70450) - March 20, 2009

Facility: Aspen Valley Hospital

CT OF THE HEAD WITHOUT CONTRAST, 3/20/09, 3:05 P.M.:

HISTORY: Trauma with pain.

COMPARISON: There is no prior study for comparison.

FINDINGS: There is patchy subarachnoid hemorrhage over the right convexity and a small amount over the posterior left frontal lobe at the vertex. There is no midline shift or hydrocephalus. No parenchymal contusion is evident.

Paranasal sinuses and mastoid air cells are clear. No fracture is identified.

## IMPRESSION:

Bilateral convexity subarachnoid hemorrhage, right greater than left, likely post-traumatic. These findings were directly communicated to the Emergency Department physician immediately following the examination.

dd: March 20, 2009

Reported and digitally signed by: VERNON CHAPMAN

Transcribed date/time: March 20, 2009, 5:04 p.m.
Transcriptionist: Connie Taddune
Technologist: Barbara Miller

AVH    00029

Medical Record

ASPEN VALLEY HOSPITAL, ASPEN, COLORADO
HISTORY AND PHYSICAL EXAMINATION

KELLNER,TAMAR
ACCOUNT: H006551311
ADMIT DATE: 03/20/09
AGE: 61
M000602154
PROVIDER: JOHN F SCHULTZ

HISTORY OF PRESENT ILLNESS:  The patient is a 61-year-old white female who
presents to the emergency department because of a ski fall and head trauma.
She and her husband were skiing at Snowmass today, coming down Sneaky's
when she fell.  She does not recall the exact cause of the fall.  She was
wearing a helmet.  She had loss of consciousness estimated at a few
minutes.  Her husband saw her fall and tumble for a distance.  She came to
shortly thereafter.  She was amnestic for the event, but remembers waking
up while on the mountain.  Ski patrol was contacted to evaluate and
transport the patient.  She was initially alert and oriented x2 at the
scene, perseverating, and feeling queasy.  She was transported off the hill
by patrol, transferred to EMS, and then brought to Aspen Valley Hospital
for further evaluation.  Her mentation has improved in the interim.  She is
complaining of a mild frontal headache.  She has no visual changes and no
nausea or vomiting at this time.  She has no other somatic complaints.

PAST MEDICAL HISTORY:  Aortic valve replacement approximately 9 years ago,
        P.H.I.          history of occasional fast atrial arrhythmia,

MEDICATIONS:
1. Coumadin.

        P.H.I.

5. Toprol.

    P.H.I.

ALLERGIES:  NKDA.

SOCIAL HISTORY:  She does not smoke or drink.  She and her husband are
visiting from Maryland.  They arrived last Monday and are planning to
depart this Monday.

PHYSICAL EXAMINATION:
Vital signs: Temp 97.6, BP 126/88, heart rate 75, respiratory rate 18, O2
saturation 95% on room air.

General:  Pleasant, well-developed, well-nourished older white female.
Awake, alert, oriented, appropriate, no acute distress.

HEENT:  There is a reddish contused abrasion on her forehead.  Head is

HISTORY AND PHYSICAL EXAMINATION

0321-0010
Copy for: Department

AVH   00008

History & Physical
KELLNER,TAMAR
H006551311
ADMIT DATE: 03/20/09
AGE: 61
M000602154
PROVIDER: SCHULTZ,JOHN F

otherwise normocephalic, atraumatic.  EOMI.  PERRL.  Sclerae anicteric.
OP:  Clear and moist.  No drainage, exudates, or obstruction.  No facial
bone pain or malocclusion.  TMI bilaterally.  No blood or fluid.

Neck:  Supple, nontender.  Full voluntary range of motion.

Chest/Thorax:  Nontender throughout.  Lung fields clear to auscultation.

Heart:  Systolic murmur and audible valve click.

Abdomen:  Soft, benign.

Back:  Nontender.

Pelvis:  Stable and nontender with anterior and lateral compression.

Extremities:  No gross deformities or masses noted.

Neuro:  The patient is awake, alert, oriented, cooperative, appropriate,
follows command.  GCS 15.  No focal motor or sensory deficits.

LABORATORIES:  PT 31.1, INR 2.8, BNP 164.

X-RAYS:  CT scan head:  Intracranial hemorrhage consistent with
subarachnoid hemorrhage over the right vertex, possibly smaller secondary
subarachnoid hemorrhage on the left also.

IMPRESSION:
1. Ski fall.
2. Closed head injury/subarachnoid hemorrhage.
3. Coagulopathy.

I have discussed her case with Neurosurgery (Dr. Lopez) in Grand Junction.  He
has reviewed her CT scan and recommends that her anticoagulation be held and/or
reversed.  We are both in agreement that she does not need to be under the
direct care of a neurosurgeon at this point.  I have also discussed her case
with her cardiologist in Maryland (Dr. Kelemen, phone number 410-328-7877), and
he feels it would be acceptable, suitable, and appropriate for her to come off
her anticoagulation and have it reversed.

PLAN:  The patient will be admitted to the intensive care unit for close
care and observation.  She will have frequent neuro checks throughout the
night.  She will have followup head CT in the morning.  Medicine
consultation will be obtained to evaluate her further for any precipitating
event for her fall and to assist with her anticoagulation issues.

<u>HISTORY AND PHYSICAL EXAMINATION</u>

0321-0010
Copy for: Department

AVH   00009

```
History & Physical
KELLNER,TAMAR
H006551311
ADMIT DATE: 03/20/09
AGE: 61
M000602154
PROVIDER: SCHULTZ,JOHN F

JOHN SCHULTZ, M.D.
D:03/20/2009 17:39:07  T:03/21/2009 00:07:40
Job#:878478/MEDQ


JOHN F SCHULTZ                 ELECTRONICALLY SIGNED    03/21/09  0146
```

HISTORY AND PHYSICAL EXAMINATION

0321-0010
Copy for: Department

AVH    00010



ASPEN VALLEY HOSPITAL
ASPEN, COLORADO 81611
PHYSICIAN ORDERS

H006551311    ICU    ICU-1
KELLNER, TAMAR                   61 F
address
M000602154  SCHULTZ, JOHN F
DOB:10/08/1947 03/20/09 1802

| Title: AVH Physician Orders: ADMISSION ORDERS FOR ICU |
| Last Updated: 03/05 |

**\*CHECK ALL THAT APPLY**

☑ ADMIT TO ICU                DIAGNOSIS  _CHI / SAH / Coagulopathy_
☑ ACLS PROTOCOL
  ATTENDING MD  _Schultz_
  CONSULTING MD  _Kelly Locke_
  CODE STATUS  _Full_          ALLERGIES  _NKDA_

**VITAL SIGNS:**
☑ Routine ~~every~~ _____
☑ Neuro Checks every  _1° x 8 then Q2°_
☑ With Continuous EKG monitoring
☐ With A-Line
☐ CVP Monitoring
☐ Telemetry Monitoring

**ACTIVITY:**
☐ Bed Rest
☑ Bed Rest w/ BSC
☐ Chair
☐ Ambulate as tolerated

**DIET:**
☐ NPO                                    ☑ Regular
☐ Low Cholesterol/Low Salt               ☐ NPO w/ice chips/meds
☐ No added salt                          ☐ ADA _____ cals
☐ Sodium Restriction ____ grams / 24 hours    ☐ Fluid Restriction _____ cc/24 hours
☐ Clear Liquids                          ☐ Other _____
☐ Full Liquids
☐ Tube Feeding Protocol _____

**NURSING:**
☐ Intake and Output.  Call MD if urine output is less than _____ cc/ hour
☐ Foley _____
☐ NGT to continuous low suction _____
☑ Ted Hose
☑ Sequential Compression Devices when not up walking
☐ Foot Pumps
☐ AccuChecks every _____ hours
☐ If Temp greater than 101.5°, obtain blood cultures x 2 from separate sites (prior to start of antibiotics; UA with C&S, CBC, Portable chest x-ray; Notify MD.
☐ Fowlers 35°
☐ Chest Pain Protocol:
   Stat EKG with Vital signs and O2 sat. (Do RV lead if inferior wall MI suspected; Nitroglycerin tab by mouth 0.4 milligrams (1/150) sublingual x _____.  If no relief, Morphine Sulfate _____ as needed for pain (only if vital signs stable and respiratory rate greater than 10.) Notify MD and repeat EKG when pain free.
☐ Pain Management Guidelines:
   Assess pain every hour if patient awake. Call MD if pain exceeds '4' on the pain scale. For patients unable to report pain rating verbally, assess the following: ex: increased HR, BP, diaphoresis, tearing, grimacing.
☐ Potassium Protocol: _____
☐ Magnesium Protocol: _____
☐ Sliding Scale Insulin per Protocol: _____

**RESPIRATORY THERAPY:**
☑ O2 to keep sats greater than  _92_ %.
☐ Incentive Spirometer every 1 hour while awake
☐ If patient requires increasing FIO2 to keep sats greater than 90%, notify CardioPulmonary. Notify MD.

**MDI THERAPY:**
☐ Albuterol Sulfate 90 micrograms 2 puffs every _____ hours
☐ Atrovent 18.7 micrograms 2 puffs every _____ hours
☐ Combivent (18 micrograms Atrovent / 103 micrograms Albuterol Sulfate) 2 puffs every _____ hours

I:\COMMON ACCESS: Nursing Policies and Proc.\AVH Physician Standing Order Admission Orders for ICU

**NEBULIZER THERAPY:**
- ☐ Xopenex 0.63mg/3cc Normal Saline every _____ hours
- ☐ Albuterol Sulfate 2.5 mg with 3 cc Normal Saline every _____ hours
- ☐ Albuterol Sulfate 2.5 mg with Atrovent 0.5 mg with 2 cc Normal Saline every _____ hours
- ☐ Other _____

**IV:**
- ☐ _____ @ _____ ml/ hour
- ☐ Heparin Lock

```
H006551311  ICU      ICU-1
||||||||||||||||||||
KELLNER, TAMAR              61 F
M000602154  SCHULTZ, JOHN F
DOB:10/08/1947 03/20/09 1802
```

**MEDICATIONS:**

- ☐ Enoxaparin (Lovenox) _____ units subcutaneous every _____ hour.

- ☐ Famotidine (Pepcid) 20 milligrams twice a day
  OR
- ☐ Pantoprazole (Protonix) 40 milligrams once a day      *Norvasc 40mg PO daily*
  OR
- ☐ Ranitidine (Zantac) 50 milligrams IVPB every 8 hours

- ☑ Acetominophen (Tylenol) 650 milligrams orally/rectally/per tube/ every 4 hours as needed for temp      *P.H.I.*

- ☑ Ondansetron (Zofran) 4 milligrams IV every 6 hours as needed for nausea.

- ☐ Aluminum Hydroxide (Mylanta) 30 cc by mouth as needed for indigestion      *Toprol 50 mg PO daily*

- ☐ For Sleep _____
- ☐ For Anxiety _____
- ☐ Laxative _____

**LABS:**
- ☐ STAT Labs
- ☑ AM labs  *PT & INR*
- ☑ Other  *PT & INR at MN*

**DIAGNOSTIC STUDIES:**
- ☐ Chest X-Ray: ☐ STAT _____  ☐ Portable _____  ☐ in next AM _____
- ☐ EKG: ☐ STAT _____  ☐ in next AM
- ☑ Other  *HEAD CT IN AM 3/21*

**CONSULTS:**
- ☐ Dietary
- ☐ Physical Therapy
- ☐ Occupational Therapy
- ☐ Discharge Planning      *Medicine Consult - Kelly Locke*

**CALL MD FOR:**
- ☐ HR greater than _____ or less than _____
- ☐ SBP greater than _____ or less than _____
- ☐ DBP greater than _____ or less than _____
- ☐ Rhythm change: NSVT, VT, 2nd Degree AVB, new onset A Fib, or Flutter, SVT
- ☐ O2 saturation less than 90%
- ☐ Temperature greater than 101.5°
- ☐ Urine output less than _____ cc per hour

| | | |
|---|---|---|
| _Physician Signature_ | 3/21/09 _Date_ | 1730 _Time_ |
| _RN Signature_ | 3/20/09 _Date/time_ | 1855 |

AVH      00048

AVH 00053

KELLNER, TAMAR

Aspen Valley Hospital Nursing *LIVE*

NURSING RECORD

Page: 1 of 5

Printed 03/26/09 at 1028
Period ending 03/26/09 at 1028

| Age/Sex: | 61 F | Attending: SCHULTZ, JOHN F |
| Unit#: | MR060154 | Init#: MR060151311 |
| Admitted: | 03/20/09 at 1802 | Location: ICU |
| Status: | DIS IN | Room/Bed: ICU-1 |

Task Performed   Current Directions   Scr/Func

**Nursing Intervention Plan Directives**

**Plan of Care**
-- ICU: Closed Head Injury

**Nursing Patient Assessment**
-- MH: Admission Assessment Adult POPULCU 03/20/09 1904 MFP   D AE
-- MHR: Shift Assessment ICU   03/20/09 1956 CP   D AE
-- MHR: Fall Risk Assessment   03/20/09 2009 UD   D CP
-- MHR: Skin Risk Assessment   03/20/09 2009   D CP
-- MHR: Telemetry Record   03/20/09 1916 CD   D TR
-- MHR: Glasgow Coma Scale - Neuro checks 03/21/09 0123 CP   D CP

**Interdisciplinary Assessment**
-- CR: Cardiopulmonary Therapy Record 03/21/09 0338 PAD   D RG
-- CR: Cardiopulmonary Therapy Record   D CP

**NEURALTH ADMISSION ASSESSMENT**   03/20/09 1904 MFP

PART A
Chief Complaint/Present Illness: HEAD FALL/INJ
Acute pain location: 3/10 HEADACHE   Intensity 0/10:
Height Ft: 5   Inches: 7   Weight stated lbs 160   Weight actual lbs 160
Med allergies? NO KNOWN DRUG ALLERGIES
(Cont.)
Reaction:
Latex allergy? UNKNOWN
Food allergies? N   Type:
Isolation Precautions Instituted(other than Standard)? N
Sensory Impaired: HEARING
Primary Language: ENGLISH

Medical/Surgical history: MOB'S YEAR AGO

P.H.H.

Current Meds are listed on Medication Reconciliation Form
"Please complete and sign Medication Reconciliation Form
Possibly pregnant? N   Last menstrual period:
Objective signs of Abuse/Neglect/Violence? N
Drug resistant organism? N   Type:

PART B
Arrival to which unit: ICU   Arrival time to unit: 1826
Report received from: EMS NORTH
Admitting Diagnosis: CHI/ ANX/ANGUSHMENT
Plan of Care: CLOSED HEAD INJURY
Valuables? Y   Location: LEFT WITH PATIENT
Home Med Location: SENDS HOME/TO HOSPITAL
Pain Description: HEADACHE/ ANXIETY
Teaching Style: WRITTEN
Educational Needs Identified: CURRENT ILLNESS
MEDICATIONS
***SKIN RISK ASSESSMENT***
Sensory Perception: 4
Moisture: 3-OCCASIONALLY MOIST

Activity: 4   4=WALKS FREQUENTLY
Mobility: 4   4=NO LIMITATION
Nutrition: 4   4=EXCELLENT
Friction/Shear: N
Total Score: 19
-15 or 16 = Low Risk
-13 or 14 = Moderate Risk
-12 or less = High Risk

Do you smoke or have you in the last year? N
Have you had the pneumovax vaccine since turning 65 years?
Have you had the pneumovax vaccine in the past 5 years? Y
Have you had the flu vaccine in the past year? Y
Are you lactating? N

Emotional Health Issues Identified: NONE
Action:   ***DEPRESSION SCREENING***
***SAFETY EDUCATION ***
Is patient/family motivated to learn? Y   Staff handteaching? Y

*** REFERRALS ***
Review the following criteria for a DC planning referral.
Age 65 years & older.
Disoriented/confused/dementia.
Has complex medical/surgical(3-5dx,trauma,catastrophic ill).
Social Support issues(lives alone,no family/friend,homeless.
Complex travel needs(airline,ICU,travel insurance.
Potential for DC care: rehab/home health,nursing home
Do any of the above apply(if Yes,DC referral generated.) N
Comment:
Review the following criteria for NUTRITIONAL REFERRAL.
Pt on tube feeding/TPN.
Significant unintential wt. loss.
(5% in one month or 10% in six months)
Severe food intolerance (e.g.gluten intolerance).
Severe food allergy or multiple food allergies.
Difficulty with chewing or swallowing.
Poor nutrition/NPO for 5 days.
Do any of the above items in the nutritional screen apply? N   If yes,list specifics.
Review the following for INFECTION CONTROL REFERRAL.
Wound infection.
Respiratory Infection.
Diarrhea.
Rash.
Travel outside of USA past 10 days.
Do any of the above apply? N
Review the following for referral.
Physical Therapy? Y   Occupational Therapy? N   Speech Therapy? N
Diabetes Educator? N   Respiratory Therapy? N   Patient Educator? Y
Readmit within 30 days? N

AVH 00054

Age/Sex: 61 F | Attending: SCHULTZ, JOHN F
Unit #: M000602154 | Account #: B006551311
Admitted: 03/20/09 at 1802 | Location: ICU
Status: DIS IN | Room/Bed: ICU-1

KELLNER, TAMAR

Aspen Valley Hospital Nursing **LIVE**
NURSING RECORDS

Printed 03/26/09 at 1028
Period ending 03/26/09 at 1028

## ICU ASSESSMENT

| | 03/20/09 1845 MFP | 03/20/09 1956 CD |
|---|---|---|
| NEURO | | |
| Best eye opening: | *1 | *9 |
| Best verb response: | *2 | *10 |
| Best motor respponse: | *3 | *11 |
| Neuro checks total: | 15 | 15 |
| Pupil size: | 5 | 4 |
| Pupil reaction: | PERL | PERRL |
| MOTOR STRENGTH | | |
| Upper right: | STRONG | STRONG |
| Upper left: | STRONG | STRONG |
| Lower right: | STRONG | STRONG |
| Lower left: | STRONG | STRONG |
| Mobility: | *4 | *12 |
| CARDIOVASCULAR | | |
| Carotid right: | N/A | N/A |
| Carotid left: | N/A | N/A |
| Pedal right: | WEAK | NORMAL |
| Pedal left: | WEAK | NORMAL |
| Heart sounds: | S1S2 MURMUR | S1S2 MURMUR |
| Neck veins: | FLAT | FLAT |
| Position of patient: | HOB 15% | HOB 15% |
| Circulation: | CMS WNL | CMS WNL |
| Heart rhythm: | SINUS RHYTHM | SINUS RHYTHM |
| Edema: | NONE NOTED | NONE NOTED |
| RESPIRATORY | | |
| Breath sounds right: | NORMAL | NORMAL |
| Breath sounds left: | NORMAL | NORMAL |
| Cough: | NONE | NONE |
| Respiratory effort: | UNLABORED | UNLABORED |
| Airway adjuncts: | NASAL CANNULA | NASAL CANNULA |
| L/min: | 2 LITERS | 2 LITERS |
| O2 sat: | | 96 |
| Cough/deep breathe? | | YES |
| Chest tube right? | N | N |
| Chest tube left? | N | N |
| GASTROINTESTINAL | | |
| Abdomen: | ROUNDED | ROUNDED |
| Bowel sounds: | PRESENT | PRESENT |
| Tenderness: | NONE | NONE |
| Passing flatus? | Y | Y |
| Bowel movement? | Y | N |
| NG tube? | N | N |
| GENITOURINARY | | |
| Urinating: | COMMODE | COMMODE |
| Urine color: | YELLOW | YELLOW |
| Urine appearance: | CLEAR | CLEAR |
| WOUND/TREATMENTS | | |
| Skin condition: | *5a | *13a |
| | *5b | *13b |
| Skin temperature: | COOL | WARM |
| Incision clean/dry/intact? | YES | N/A |
| Incision condition: | N/A | N/A |
| TREATMENTS | | |
| Cryo cuff? | NO | NO |
| Teds? | YES | YES |

## ICU ASSESSMENT

| (continued) | 03/20/09 1845 MFP | 03/20/09 1956 CD |
|---|---|---|
| Ice? | NO | NO |
| Foot pumps? | NO | NO |
| CPM? | NO | NO |
| K-pad? | NO | NO |
| Trapeze? | NO | NO |
| Traction? | NO | NO |
| Sheepskin heel/elbow protectors? | N | N |
| Pneumatic compression stockings? | YES | YES |
| Limb elevated: | N/A | N/A |
| PAIN | | |
| Is your pain being managed at a functional | Y | Y |
| Comment: | *6 | *14 |
| SAFETY | | |
| Alarms limits checked on monitor? | Y | Y |
| PATIENT EDUCATION | | |
| Needs assessed? | YES | YES |
| Teaching: | DISEASE PROCESS | DISEASE PROCESS |
| Teaching: | MEDICATIONS | MEDICATIONS |
| Teaching: | *7 | *15 |
| Teaching: | PLAN CARE | PLAN CARE |
| Isolation #1: | STANDARD | STANDARD |
| Dx./Status change: | *8 | *16 |

*Notes

1 4-OPENS SPONTANEOUSLY
2 5-ORIENTED/CONVERSES
3 6-OBEYS VERBAL COMMAND
4 ASSIST TO COMMODE/CHAIR
5a SMALL FORHEAD BRUSING
5b LARGE BRUISE TO L THIGH
6 PT HEADCHE 3/10 -ANXIOUS
7 SAFETY-CALL DO NOT FALL
8 HEADACHE /NAUSIA / INR -REPEAT CT LABS .NERUO
9 4-OPENS SPONTANEOUSLY
10 5-ORIENTED/CONVERSES
11 6-OBEYS VERBAL COMMAND
12 ASSIST TO COMMODE/CHAIR
13a SMALL FORHEAD BRUSING
13b LARGE BRUISE TO L THIGH
14 FRONTAL HEADACHE 5/10
15 SAFETY-CALL DO NOT FALL
16 HEADACHE /NAUSIA / INR -REPEAT CT LABS .NERUO

## IV THERAPY RECORD

| | 03/20/09 1830 MFP | 03/20/09 2009 CD |
|---|---|---|
| PERIPHERAL SITE A | | |
| Date inserted: | 03/20/09 | 03/20/09 |
| Size: | #18 | #18 |
| Location: | LEFT FOREARM | LEFT FOREARM |
| Site condition: | BENIGN | BENIGN |
| Redressed: | | N |
| Pump(s)? | | N |
| Saline lock: Date: | 03/20/09 | 03/20/09 |

AVH   00055

KELLNER/TARA

Attending: SCHULTZ,JOHN F
Account #: M00H0021154
Location: ICU
Room/Bed: ICU-1

Aspen Valley Hospital Nursing  **LIVE**
NURSING RECORDS

Page: 3 of 5

Printed 03/26/09 at 1028
Period ending 03/26/09 at 1028

### FLT/ICU NEURO CHECKS

| | 03/20/09 1830 MST | 03/20/09 1956 CD | 03/20/09 2058 CD |
|---|---|---|---|
| Best eye opening: | *1 | *4 | *7 |
| Best verb response: | *2 | *5 | *8 |
| Best motor response: | *3 | *6 | *9 |
| Neuro checks total: | 15 | 15 | 15 |

| | 03/20/09 2310 CD | 03/21/09 0020 CD | 03/21/09 0044 CD |
|---|---|---|---|
| Best eye opening: | *10 | *13 | *16 |
| Best verb response: | *11 | *14 | *17 |
| Best motor response: | *12 | *15 | *18 |
| Neuro checks total: | 14 | 14 | 14 |

| | 03/21/09 0123 CD | | |
|---|---|---|---|
| Best eye opening: | *19 | | |
| Best verb response: | *20 | | |
| Best motor response: | *21 | | |
| Neuro checks total: | 9 | | |

**Notes**
1   4-OPENS SPONTANEOUSLY
2   5-ORIENTED/CONVERSES
3   6-OBEYS VERBAL COMMAND
4   4-OPENS SPONTANEOUSLY
5   5-ORIENTED/CONVERSES
6   6-OBEYS VERBAL COMMAND
7   4-OPENS SPONTANEOUSLY
8   5-ORIENTED/CONVERSES
9   6-OBEYS VERBAL COMMAND
10  3-OPENS TO VERB COMM
11  5-ORIENTED/CONVERSES
12  6-OBEYS VERBAL COMMAND
13  3-OPENS TO VERB COMM
14  5-ORIENTED/CONVERSES
15  6-OBEYS VERBAL COMMAND
16  3-OPENS TO VERB COMM
17  5-ORIENTED/CONVERSES
18  6-OBEYS VERBAL COMMAND
19  3-OPENS TO VERB COMM
20  2-INCOMPREHENSIBLE
21  4-WITHDRAW FROM PAIN

### TELEMETRY REPORT

03/20/09 1830 MST

***Telemetry Report***   Pulse: 92?
Rhythm: SINUS RHYTHM   QRS: 0.106   QT: 0.138
Ectopy: 0.138
PR: 0.138
Note: SETTING VENTILATOR

### TELEMETRY REPORT

03/20/09 1936 CD

***Telemetry Report***   Pulse: 85?
Rhythm: SINUS RHYTHM   QRS: 0.106   QT:
Ectopy: ?
Alarms checked? Y
Note: SETTLING PATIENT

---

### FALL/RESTRAINT ASSESS FORM

03/20/09 1830 MST

History of falls related to health history. (20) 20
Disoriented/confusion/agitation. (15) 15
Bowel/bladder incontinence/frequency/urgency. (5) 0
Unsteady gait/unable to ambulate independently. (10) 0
Weakness/general block in effect. (10) 0
Orthostatic hypotension/dizziness. (10) 0
Cardiovascular/Resp. disease affecting perfusion/02. (10) 10
Alcohol withdrawal (acute phase). (20) 0
Alcohol withdrawal (recovery phase). (10) 0
At risk for alcohol withdrawal. (5) 0
Uses assistive device to ambulate. (5) 0
Subtotal: 45
Visual impairment/hearing impairment. (5) 0
Inability to understand/follow instructions. (5) 0
Non-compliant/compulsive. (5) 0
Meds Psych/cardiovascular/diuretics/narcotics/sedatives. (5) 5
Total Score: 50
Is score 20 or higher? Y
Any pt. with 20 OR MORE PTS is considered a HIGH FALL RISK.
Follow FALL PREVENTION GUIDELINES as appropriate.

Remember:All patients are at risk for falls!

### FALL/RESTRAINT ASSESS FORM

03/20/09 2037 CD

History of falls related to health history. (20) 20
Disoriented/confusion/agitation. (15) 15
Bowel/bladder incontinence/frequency/urgency. (5) 0
Unsteady gait/unable to ambulate independently. (10) 0
Weakness/general block in effect. (10) 0
Orthostatic hypotension/dizziness. (10) 0
Cardiovascular/Resp. disease affecting perfusion/02. (10) 10
Alcohol withdrawal (acute phase). (20) 0
Alcohol withdrawal (recovery phase). (10) 0
At risk for alcohol withdrawal. (5) 0
Uses assistive device to ambulate. (5) 0
Subtotal: 45
Visual impairment/hearing impairment. (5) 0
Inability to understand/follow instructions. (5) 0
Non-compliant/compulsive. (5) 0
Meds Psych/cardiovascular/diuretics/narcotics/sedatives. (5) 5
Total Score: 50
Is score 20 or higher? Y
Any pt. with 20 OR MORE PTS is considered a HIGH FALL RISK.
Follow FALL PREVENTION GUIDELINES as appropriate.

Remember:All patients are at risk for falls!

### OXIMETRY/OXYGEN THERAPY RECORD

| | 03/20/09 1700 PCR | 03/21/09 0358 LAB |
|---|---|---|
| | 1700 | 0355 |
| O2 start time: | | |
| O2 stop time: | | |

Mariela Ramirez   9705441587   06/22/2010 Tue 14:16

AVH 00056

TELEMETRY REPORT

Aspen Valley Hospital Nursing
NURSING RECORDS

KELLER, TAWAR

Attending: SCHULTZ, JOHN F
Account #: M006603311
Location: ICU
Recorded: ICU-1

Printed 03/26/09 at 1028
Period ending 03/26/09 at 1028

Page: 4 of 5

03/20/09 1916 CD

AVH 00057

KELLNER, IWAN

Aspen Valley Hospital Nursing   **LIVE**
NURSING NOTES

Age/Sex: 61 F
Attending: SCHULTZ, JOHN F
Unit ID: M000602154
Unit#: M000551311
Admitted: 03/20/09 at 1802
Location: ICU
Status: DIS IN
Room/Bed: ICU-1

| Ordered | | | Recorded | | | | Reported | | | NURSE'S NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Time by | Author | Date | Time by | Author | | Date | Time by | | | |

03/21/09 0006  CD  DOSS,CINDY  CD  ...  03/21/09 0104  CD  ...  (Continued)
No Type    None
03/21/09 0125  CD  DOSS,CINDY  CD  03/21/09 0128  CD
Abnormal?  N  Confidential?  N
PT. MORE SOMNLENT NOW. WITHDRAWING TO PAINFUL STIMULI. NO VERBAL RESPONSE. DR.
SCHULTZ PAGED. ORDER OBTAINED FOR STAT HEAD CT.
Note Type    Description

03/21/09 0145  CD  DOSS,CINDY  CD  03/21/09 0214  CD
Abnormal?  N  Confidential?  N  RIKER,AMY JO  03/21/09 0243  AJR
REPORT FROM RADIOLOGY, CONTINUES TO DECOMPENSATE. RIGHT PUPIL 7RA. LEFT PUPIL
5RRL. NO SUGAR TO NAIL BED REACT. ...  ...  WITHDRAWS TO PAINFUL STIMULI.
MD PATIENTLESS. DR. SCHULTZ WEANING ST RESULTS FROM HOME. PLAN TO ADM. FTE 10
UNITS %W, CENTRE FFY, AND TRANSFER TO ST. MARY'S HOSPITAL.   PT LINE OBTAINED
DR SCHULTZ CALLING FAMILY MEMBERS.
NURSE SUP PRESENT DURING THESE PROCEDURES. AWAITING HELICOPTER NOW.
Note Type    Description

03/21/09 0236  AJR  RIKER,AMY JO  03/21/09 0243  AJR
Abnormal?  N  Confidential?  N
"PREPARING FOR TRANSPORT"
#18 IV TO LEFT FOREARM.
PT INITIATED BY EN BECK AT 0230. IV LIDOCAINE 100 MG GIVEN, IV PROPOFOL 200
MG GIVEN, VECURONIUM 10 MG IVP GIVEN, CAR BEING DONE NOW.
DR SCHULTZ ORDER 25 MG MANITOL IVP. GIVEN.
Note Type    Description

03/21/09 0255  CD  DOSS,CINDY  CD  03/21/09 0308  CD
Abnormal?  N  Confidential?  N  None
DR. SCHULTZ INSERTING RT CENTRAL LINE INSERTION/PLACEMENT
Note Type    Description

03/21/09 0311  CD  DOSS,CINDY  CD  03/21/09 0314  CD
Abnormal?  N  Confidential?  N  None
IIRD UNIT FFP INFUSING W/O VIA PRESSURE BAG. CHEST XRAY IN PROGRESS
S/P CENTRAL LINE ATTEMPT DR. SCHULTZ UNABLE TO PLACE CENTRAL LINE.
Note Type    Description

03/21/09 0345  CD  DOSS,CINDY  CD  03/21/09 0323  CD
Abnormal?  N  Confidential?  N  None
#16F FOLEY INSERTED USING STERILE TECHNIQUE. URINE CLEAR YELLOW. SPECIMEN
OBTAINED AND SENT TO LAB.
Note Type    Description

03/21/09 0345  CD  DOSS,CINDY  CD  03/21/09 0453  CD
Abnormal?  N  Confidential?  N  None
TRANSFERRED TO ST. MARY'S HOSPITAL VIA FLIGHT FOR LIFE. REPORT GIVEN TO MIKE
FLIGHT NURSE.
Note Type    Description

03/21/09 0345  CD  DOSS,CINDY  CD  03/21/09 0501  CD  03/21/09 0501  CD
No Type    None
03/21/09 0501  CD  DOSS,CINDY  CD  03/21/09 0501  CD
Abnormal?  N  Confidential?  N
RECENT (CALLED TO PORT). CHANGE RN @ ST. MARY'S ER.
Note Type    Description

No Type    None

| Manager Initials | Name | | Nurse Type |
|---|---|---|---|
| AJR | RN:RIGAM | RIKER,AMY JO | RN |
| CD | RN:DOSCI | DOSS,CINDY | RN |
| FCR | CP:RKFR | RUCKDESCHEL, FRANK C | CP |
| LAB | CP:BRAIN | BRAUN, INGRID | CP |
| MFP | RN:POWMA | POWELL,MARY,FRANCES | RN |

**NEUROVASCULAR CHECK**

| 1 - PINK | 2 - PALE | 3 - CYANOTIC |
|---|---|---|
| STRONG | WEAK | UNABLE |
| NORMAL | DECREASED | NUMB |
| WARM | COOL | COLD |
| BRISK | SLK | |

**PUPIL CHART**
1  6
2  7

H006551311   ER
KELLNER, TAMAR
                              61 F
M000602154   BERNARD, CATHERI
DOB:10/08/1947 03/20/09 1439

**GLASGOW COMA SCALE**

| TEST | RESPONSE | SCORE | TEST | RESPONSE | SCORE |
|---|---|---|---|---|---|
| BEST EYE OPENING(E) | OPENS SPONTANEOUSLY | 4 | BEST MOTOR RESPONSE (M) | OBEYS VERBAL COMMAND | 6 |
| | OPENS TO VERBAL COMMAND | 3 | | LOCALIZES TO PAINFUL STIMULUS | 5 |
| | OPENS TO PAIN | 2 | | WITHDRAWAL FROM PAINFUL STIMULUS | 4 |
| | NO RESPONSE | 1 | | DECORTICATE RIGIDITY (ABNORMAL FLEXION) | 3 |
| BEST VERBAL RESPONSE (V) | ORIENTED & CONVERSES | 5 | | DECEREBRATE RIGIDITY (EXTENSION TO PAINFUL STIMULUS | 2 |
| | DISORIENTED & CONVERSES | 4 | | NO RESPONSE | 1 |
| | INAPPROPRIATE WORDS | 3 | | | |
| | INCOMPREH. SOUNDS | 2 | | | |
| (LANGUAGE PATIENT WITH PAINFUL STIMULUS IF NECESSARY) | NO RESPONSE | 1 | | | |

## VITAL SIGN / FLOWSHEET

NAME:                                        DATE: 3/20/09

| TIME | BED NO. | BLD PRESS | TEMP | PULSE | RESP | O2 SAT | ETC | BLOOD SUGAR | | PAIN | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1800 1830 | 152/91 | 97⁸ | 91 | 21 | 100% | 2LNC | 15 | 4mgiv zof | 0 | Family to bedside |
| 1900 | 136/62 | 。 | 85 | 18 | 97 | 2LN | 15 | | 3/13 | Zofran Hyp venous |
| 2000 | 128/80 | 95.9 | 75 | 19 | 97 | 2L | 15 | | 5 | Nausea Zofran Acetaminophen Ativan Injur. |
| 2100 | 122/75 | | 73 | 19 | 98 | 2L | 15 | | 3/10 | pt vomiting |
| 2200 | 133/78 | | 85 | 18 | 98 | 2L | 15 | | 5/10 | 2235 Zofran 4mg IV |
| 2300 | 128/71 | | 73 | 20 | 99 | 2L | 14 | | | Dr. Schultz & Dr. Locke Noti fied of subtle ∆ in Neuro exam. See NN |

06/22/2010 Tue 14:16          Marisela Ramirez   9795441587                    ID: #79778   Page 5 of 33

| NEUROVASCULAR CHECK | PUPIL CHART | TEST | RESPONSE | SCORE | GLASGOW COMA SCALE TEST | RESPONSE | SCORE |
|---|---|---|---|---|---|---|---|

1 - PINK   2 - PALE   3 - CYANOTIC   1 ● ● 6
STRONG   WEAK   UNABLE
NORMAL   DECREASED   NUMB   2 ● ● 7

**TEST** BEST EYE OPENING(E) — **RESPONSE** OPENS SPONTANEOUSLY 4 / OPENS TO VERBAL COMMAND 3 / OPENS TO PAIN 2 / NO RESPONSE 1

BEST VERBAL RESPONSE (V) — ORIENTED & CONVERSES 5 / DISORIENTED & CONVERSES 4 / INAPPROPRIATE WORDS 3 / INCOMPREH. SOUNDS 2 / NO RESPONSE 1 (AROUSE PATIENT WITH PAINFUL STIMULUS IF NECESSARY)

BEST MOTOR RESPONSE (M) — OBEYS VERBAL COMMAND 6 / LOCALIZES TO PAINFUL STIMULUS 5 / WITHDRAWAL FROM PAINFUL STIMULUS 4 / DECORTICATE RIGIDITY (ABNORMAL FLEXION) TO PAINFUL STIMULUS 3 / DECEREBRATE RIGIDITY (EXTENSION TO PAINFUL STIMULUS 2 / NO RESPONSE 1

H006551311 ICU   ICU-1
KELLNER, TAMAR   61 F
M000602154   SCHULTZ, JOHN F
DOB: 10/08/1947 03/20/09 1802

NAME:   DATE: 3/21/09   **VITAL SIGN / FLOWSHEET**

| TIME | | B/P | TEMP | PULSE | RESP | O₂ SAT | FIO₂ | Pain | ALS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | | 130/88 | 97.2 | 88 | 20 | 98 | 2L | | 14 | | labs. | | | |
| 0100 | | 142/87 | 8 | 72 | 24 | 98 | 2L | 0 | 9 | | | | | |
| 0130 | | 155/80 | | 82 | 19 | 99 | 2L | 0 | 9 | | Stat CT head | | | |
| 0145 | | 148/96 | | 79 | 19 | 100% | 2L | | 9 | | Returned. Dr. Schultz Notified. | | | |
| 0225 | | 151/88 | | 72 | 18 | 100% | 100 | | Analyzed + Sedated | | Intubated, CXR | | | |
| 0300 | | 140/88 | | | 18 | 100% | 100 | | | | KSR 9892   0254 #1 PPP ↑ | | | |
| 0345 | | | | | Transfer to St. Mary's | | | | | | | | | | |

AVH   00044

05/22/2010 Tue 14:16    Marisela Ramirez   9405441587    ID: #7776   Page 19 of 35

Aspen Valley Hospital
Physician Order Form
(10/06)

```
H006551311  ICU      ICU-1
||||||||||||||||||
KELLNER, TAMAR              61 F
M000602154  SCHULTZ, JOHN F
DOB:10/08/1947 03/20/09 1802
```

| Date | Time | Order |
|------|------|-------|
| | | |

UNRELATED CONFIDENTIAL
MEDICAL INFORMATION
PROTECTED BY LAW

| Date | Time | Order |
|------|------|-------|
| 3/21/09 | 0103 | Vitamin K 5mg SQ X1 NOW   TORB Dr. Schultz / C.Doss, RN |
| 3/21/09 | 0120 | CT Scan Head NOW   TORB Dr. Schultz / C.Doss, RN |
| 3.21.09 | 0249 | Vitamin K 10mg Sub Q now given   4 units FFP now   Start transfer to St. Mary's   TORB Dr Schultz / Bill Stut at TORB |
| 3/21/09 | 0209 | Mannitol 25 gm IV Obtain from given   pharmacy   TORB C.Doss, RN / Dr. Schultz |

AVH    00050

| × | | **DIAGNOSTIC IMAGING REPORT** |

---

Account No. H006551311   Medical Record # M000602154
Patient: **Kellner, Tamar**
Sex: F   DOB: Oct. 8, 1947   Age: 61
Status: 2. ICU-U   Diag. Imaging # 104108
Referring Physician: John Schultz

---

### 310090 CT - HEAD W/O CONTRAST(70450) - March 21, 2009

Facility: Aspen Valley Hospital

CT OF THE BRAIN, 3/21/09, 01:40:

CLINICAL INDICATION: Follow-up subarachnoid hemorrhage.

TECHNIQUE: 3 mm and 5 mm axial sections. No contrast.

FINDINGS: Since the examination on 3/20/09 at 15:05, there has been significant worsening of the subarachnoid hemorrhage. Marked midline shift is noted with at least 1.2 cm right to left midline shift. There is almost complete effacement of the right lateral ventricle with only a small portion of the anterior horn of the right lateral ventricle preserved. The fourth ventricle and ambient cisterns remain patent. Significant increase in subarachnoid and subdural hemorrhage has developed with hemorrhage at the level of the septum pellucidum measuring up to 1.3 cm. Numerous small petechial hemorrhages are seen in the convexity.

**IMPRESSION:** Significant worsening of subarachnoid and subdural hemorrhage. Significant midline shift from right to left with marked displacement of the septum pellucidum. Almost complete effacement of the right lateral ventricle. Ambient cisterns and fourth ventricle, however, do remain patent. This information will be conveyed to the attending physician.

dd: March 21, 2009

------------------------------------------------
Reported and digitally signed by: Kevin Lampert MD

Transcribed date/time: March 21, 2009, 7:58 a.m.
Transcriptionist: SUZANNE WAYNER
Technologist: Remington Way

AVH   00030

Medical Record

06/22/2010 Tue 12:48                                                    ADDRESSOGRAPH / PATIENT INFORMATION

## ASPEN VALLEY HOSPITAL

401 CASTLE CREEK ROAD · ASPEN, COLORADO 81611

**PATIENT TRANSFER CONSENT**

**Instructions: Patient to Acknowledge by
Initialing the Selection and Signing Below.**

H006551311 ICU        ICU-1

KELLNER, TAMAR              61 F
M000602154  SCHULTZ,JOHN F
DOB:10/08/1947 03/20/05 1802

---

I.   **PATIENT'S CONSENT TO TRANSFER:**

_____ I acknowledge that my medical condition has been evaluated and explained to me by an examiner who has recommended that I be

transferred to the service of Dr. _Hilty_

at _St. Mary's_ _____ (facility name).
The potential benefits of such transfer, the potential risks associated with such transfer and the probable risks of not being transferred
have been explained to me and I fully understand them. With this knowledge and understanding, I agree and consent to be
transferred.


II.  **PATIENT'S REQUEST TO TRANSFER:**

_____ I acknowledge that my medical condition has been evaluated and explained to me by an examiner who has recommended and
offered to me further medical examination and treatment. The potential benefits of such further medical examination and treatment as
well as the potential risks associated with transfer to another facility have been explained to me and I fully understand them. In spite
of this understanding, I refuse to consent to the further medical examination and treatment which has been offered to me and I
request transfer to:

(Name of facility) _____


III. **PATIENT'S REFUSAL:**

_____ I acknowledge that my medical condition has been evaluated and explained to me by an examiner who has recommended that I be

transferred to the service of Dr. _____

at _____ (facility name).
The potential benefits of such transfer, the potential risks associated with such transfer and the probable risks of not being transferred
have been explained to me and I fully understand them. With this knowledge and understanding, I refuse to be transferred and I
request instead to continue receiving treatment at Aspen Valley Hospital.

---

**PATIENT'S SIGNATURE (OR PERSON LEGALLY RESPONSIBLE FOR SIGNING ON PATIENT'S BEHALF):**

Signature _Bill Stout, RN_           Date _3/21/09_    Time _0150_

            _Pt. is unresponsive._

Witness _____    Date _____    Time _____


WHITE - MEDICAL RECORDS · YELLOW - RECEIVING INSTITUTION · PINK - PATIENT

AVH    00076

```
RUN DATE: 03/23/09          Aspen Valley Hospital Laboratory *LIVE*          PAGE 3
RUN TIME: 1205       0401 Castle Creek Road, Aspen, CO  81611   970-544-1570
RUN USER: LABBKGJOB           Jerry Steinbrecher, MD - Pathologist
                              Robert Macaulay, MD - Pathologist
                              Frank Holmes, MD - Pathologist

                       **FINAL**   Laboratory Discharge Report

Patient: KELLNER,TAMAR                #H006551311        (Continued)
```

>>>>>>>>>> COAGULATION <<<<<<<<<<

```
  Date              ----------MAR 20----------
  Time                0015           1515                  Reference  Units

=> PROTIME (SEC)    27.2(B) H      31.1(B) H            | [11.2-15.5 Seconds
```

        (B)      ==================================================
                          >>> NEW REFERENCE RANGE!! <<<
                 As of January 14, 2009, this test's Reference Range has
                 changed with new instrumentation.  Please compare patient
                 results against the *new* Reference Range.
                 ==================================================

```
=> INR              2.4(C) H       2.8(C) H            | [0.8-1.2]
```

        (C)      ****************************************************
                    INR THERAPEUTIC RANGES FOR ORAL ANTICOAGULATION THERAPY
                 ****************************************************
                 In the typical case of venous thrombosis, the target INR is
                 2.0-3.0, but the optimal target range is not the same for
                 all indications. Universal agreement has not been reached on
                 the optimal range for the various indications. For in-depth
                 recommendations and an extensive review see:
                       "Chest", 2008; 133, no. 6 suppl: 71S-109S.

```
atient: KELLNER,TAMAR          Age/Sex: 61/F      Acct#H006551311   Unit#M000602154
```