IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00688 - MSK-MJW

TAMAR KELLNER,

      Plaintiff,

v.

JOHN F. SCHULTZ, M.D.;
JOHN A. LOPEZ, M.D.; and
ASPEN VALLEY HOSPITAL DISTRICT
d/b/a ASPEN VALLEY HOSPITAL

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT having reviewed the Stipulation for Dismissal with Prejudice by and between Plaintiff Tamar Kellner and Defendant John A. Lopez, M.D. and being fully informed as to the issue **Hereby Orders That:**

Plaintiffs claims and causes of action against Defendant John A. Lopez, M.D., are hereby dismissed with prejudice, each party to pay their own attorneys' fees and costs.

Ordered this \_\_ day of \_\_\_\_ , 2014.

_____
District Court Judge