IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00688-MSK

TAMAR KELLNER,

    Plaintiff,

JOHN F. SCHULTZ, M.D.;
JOHN A. LOPEZ, M.D.; and
ASPEN VALLEY HOSPITAL DISTRICT d/b/a ASPEN VALLEY HOSPITAL

    Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff, Tamar Kellner, by and through her attorneys Leventhal, Brown & Puga, P.C., and Defendant, Aspen Valley Hospital District d/b/a Aspen Valley Hospital, by and through their attorneys, Lathrop & Gage, LLP, and hereby stipulate and agree that Plaintiff's claims against Defendant Aspen Valley Hospital District d/b/a Aspen Valley Hospital should be dismissed with prejudice and each party to pay their own attorneys' fees and costs. An Order of Dismissal with Prejudice is submitted with this stipulation.

Dated this 17th day of January, 2014.

| LEVENTHAL, BROWN & PUGA, P.C. | LATHROP & GAGE LLP |
|---|---|
| /s/ Jim Leventhal, Reg. #5815 / 36252 | /s/ Maxwell N. Shaffer, Reg. #42500 |
| Attorneys for Plaintiff<br>Tamar Kellner | Attorneys for Defendant<br>Aspen Valley Hospital District<br>d/b/a Aspen Valley Hospital |

21138821v1

## CERTIFICATE OF SERVICE

      I hereby certify that on January 17, 2014, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses

Jim Leventhal, Esq.
Molly L. Greenblatt, Esq.
William J. Lamping, Esq.
Leventhal, Brown & Puga P.C.
950 South Cherry Street, Suite 600
Denver, CO  80246
jim@leventhal-law.com
mgreenblatt@leventhal-law.com
wlamping@leventhal-law.com
*Attorneys for Plaintiff*

Douglas C. Wolanske, Esq.
Ann M. Thompson, Esq.
Faraci Wolanske, LLC
1512 Larimer Street, Suite 1050
Denver, CO  80202
dwolanske@fw-llc.com
athompson@fw-llc.com
*Attorneys for Defendant John F. Schultz, M.D.*

David J. Nowak, Esq.
White and Steele, P.C.
Dominion Towers, North Tower
600 17th Street, 600N
Denver, CO  80202
dnowak@wsteele.com
*Attorneys for Defendant John A. Lopez, M.D.*

                                          *s/ Judy Samuelson*
                                          Judy Samuelson
                                          Legal Administrative Assistant