**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE  MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover          Date:   January 21, 2014
Court Reporter:         Terri Lindblom

Civil Action No. 11-cv-00688-MSK-MJW

*Parties*:                                                            *Counsel Appearing:*

TAMAR KELLNER,                                          James Leventhal
                                                                       William Lamping
                Plaintiff,

v.

JOHN F. SCHULTZ, M.D.                                Douglas Wolanske
JOHN A. LOPEZ, M.D.
ASPEN VALLEY HOSPITAL DISTRICT d/b/a Aspen
Valley Hospital,

                Defendants.

---

**COURTROOM MINUTES**

---

HEARING:    Jury Trial - Day One

**9:06 a.m.        Court in session.**

The parties advise the case has settled, but request the Court to address outstanding issues with regard to the remaining claim against defendant Schultz.

**9:12 a.m.        Court in recess
9:28 a.m.        Court in session**

The parties orally move to dismiss the remaining claim (defendant Schultz).

**ORDER:**        Oral motion to dismiss the remaining claim is GRANTED and the claim is
                        DISMISSED.  The case is closed.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

**9:29 a.m.      Court in recess.**

**Total Time:   4 minutes.**
**Hearing concluded.**